# Exhibit A

## Case Details - Summary

| | |
|---:|---|
| **Case Number:** | 2020CC001296 |
| **View Status:** | PUBLIC |
| **Case Style:** | SOLIMAR ECHEVARRIA -VS- NAVIENT SOLUTIONS LLC |
| **Case Type:** | 20 - CONTRACT INDEBT / AUTO NEG /OTHER |
| **Case Status:** | OPEN |
| **Divison:** | COUNTY CIVIL |
| **UCN:** | 592020CC001296000XX |
| **Judge:** | JAMES J. DEKLEVA |
| **Jury Trial:** | NO |
| **File Date:** | 06/05/2020 |

## Case Parties

## Dockets

Legend: ✅ Viewable  🔵 Reviewed and Viewable  🟡 Viewable on Request  ❌ Confidential

**Docket Code:** [     ]   **Filter**   **Clear Filter**

| DATE | NUMBER | DOCKET CODE | DESCRIPTION | PAGES | VIEW |
|---|---|---|---|---|---|
| 07/20/2020 | 5 | NOTC | NOTICE OF UNAVAILABILITY OBO PLTFS (9/21/20 - 10/9/20) | 2 | ✅ |
| 06/05/2020 | 4 | SUMI | SUMMONS ISSUED INSTITUTE SOLUTIONS LLC | 3 | ✅ |
| 06/05/2020 | 3 | SUMI | SUMMONS ISSUED NAVIENT SOLUTIONS LLC | 3 | ✅ |

| 06/05/2020 | 2 | CMPL | COMPLAINT FILED | 66 | ✅ [1-50] ✅ 51-66 |
| 06/05/2020 | 1 | CCST | CIVIL COVER SHEET | 2 | ✅ |

## Hearings

**Department Locations and Phone Numbers**                    Server:CJCWEB03

Filing # 108449715 E-Filed 06/05/2020 12:19:27 PM

## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, IN AND FOR SEMINOLE COUNTY, FLORIDA

SOLIMAR ECHEVARRIA, an individual,
and LINNETTE M. CONDE REYES, an
individual,

        Plaintiffs,

v.

                                  CASE NO.: 2020-CC-001296-20-S

NAVIENT SOLUTIONS, LLC, a Virginia
Limited Liability Company, and
INSTITUTE OF TECHNICAL ARTS, LLC,
a Florida Limited Liability Company,

        Defendants.

_____/

### COMPLAINT

The Plaintiffs, SOLIMAR ECHEVARRIA ("ECHEVARRIA" or "Plaintiff"), and LINNETTE M. CONDE REYES ("CONDE" or "Plaintiff"), by and through their undersigned counsel, hereby sue the Defendants, NAVIENT SOLUTIONS, LLC ("NAVIENT" or "Defendant"), and INSTITUTE OF TECHNICAL ARTS, LLC ("ITA" or "Defendant") and as grounds therefore state as follows:

### Parties, Jurisdiction and Venue

1.      This is an action for equitable relief and damages in excess of $10,000.00, exclusive of interest, fees and costs.

2.      Plaintiff, ECHEVARRIA, is an individual last known to reside at 2502 Bobby Lee Lane, Saint Cloud, Osceola County, Florida 34772, and who is above the age of 18 years and who is otherwise *sui juris*.

*** E-FILED:  GRANT MALOY, CLERK OF CIRCUIT COURT SEMINOLE COUNTY, FL 06/05/2020 12:19:25 PM.****

3.      Plaintiff, CONDE, is an individual last known to reside at 2502 Bobby Lee Lane, Saint Cloud, Osceola County, Florida 34772, and who above the age of 18 years and is otherwise *sui juris*.

4.      NAVIENT is a Virginia Limited Liability Company with its principal place of business located at 13865 Sunrise Valley Dr., Suite 110, Herndon, Virginia, 20171, and who is otherwise *sui juris*.

5.      ITA is a dissolved Florida Limited Liability Company whose principal place of business was located at 493 Semoran Blvd., Casselberry, Florida 32707, and who is otherwise *sui juris*.

6.      The Court has personal jurisdiction over the parties because the parties are either residents of the State of Florida or because this action arises directly out of their business dealing in the State of Florida.

7.      Venue is proper in Seminole County because the transactions and occurrences giving rise to this Complaint occurred primarily in Seminole County, the Defendant, ITA, maintains its principal place of business in Seminole County, Florida.

8.      All conditions precedent to the institution of this action have been performed or were otherwise waived or excused.

### General Factual Allegations

9.      NAVIENT makes student loans backed by the U.S. Department of Education, and NAVIENT also services such loans.

10.     ITA is a former educational institution who was qualified to receive federally backed student loans.

11.    ECHEVARRIA applied for admission to ITA in or around October 2014 to receive education in their veterinary assistant degree program.

12.    At the time of application and admission, ECHEVARRIA received an Estimated Projected Financial Aid Worksheet from ITA advising her that the total amount of costs associated with her degree would be $15,930.00.  [**Exhibit "A"** -- Estimated Projected Financial Aid Worksheet].

13.    The following month, ECHEVARRIA applied for and received a Federal Pell Grant in the amount of $5,730.00 which was paid directly to ITA by the Federal Government.

14.    ECHEVARRIA also applied for and received a Direct Loan – Subsidized (DLSUB) loan from the U.S. Department of Education and serviced by NAVIENT in the amount of $3,500.00. Said amount was paid to ITA on behalf of ECHEVARRIA.  [**Exhibit B** -- Loan Information Sheet].

15.    During the same time, ECHEVARRIA applied for and received a Direct Loan – Unsubsidized (DLUNSUB) loan from the U.S. Department of Education and serviced by NAVIENT in the amount of $2,000.00. Said amount was paid to ITA on behalf of ECHEVARRIA. [See Ex. B].

16.    CONDE also applied for and received a Federal Direct Plus Loan from Direct Loans and serviced by NAVIENT in the amount of $4,958.00 which was paid directly to ITA on behalf of ECHEVARRIA.  [**Exhibit "C"** -- Master Promissory Note; **Exhibit "D"** -- Loan Details Sheet].

17.    ECHEVARRIA attended ITA from October 22, 2014 through July 15, 2015 at which time ECHEVARRIA had taken all course requirements for her degree, with the exception of a 75-hour externship which was required in order to graduate.

18.     On or around July 30, 2015, ECHEVARRIA began having serious medical issues and was admitted to the Florida Hospital high-risk unit with an unknown discharge date.

19.     The hospital's clinical social worker sent a message to ITA indicating that ECHEVARRIA was a current patient in their high-risk unit and would be unable to complete her externship hours until after she was released from the hospital [**Exhibit "E"** -- August 6, 2015 e-mail from Florida Hospital to ITA].

20.     On or about August 6, 2015, ECHEVARRIA and CONDE spoke with ITA via phone and ECHEVARRIA was approved for a leave of absence from ITA from July 30, 2015 through October 30, 2015 due to her medical issues.

21.     During the phone call on or about August 6, 2015, ITA's representative, Brenda Ripley, failed to advise ECHEVARRIA and CONDE that Federal Agents conducted a raid on the school initiated by the U.S. Inspector General in cooperation with the U.S. Department of Education.  The raid occurred in June 2015 and the charges against ITA were for fraud.  Thus, ITA's closure was imminent.

22.     ECHEVARRIA remained admitted at Florida Hospital until she was discharged on or about September 11, 2015.

23.     On September 3, 2015, during ECHEVARRIA's leave of absence and before her release from the hospital, an email was distributed to the students of ITA indicating that ITA will be closed and all classes were cancelled effective September 3, 2015 until September 12, 2015. [**Exhibit "F"** – September 3, 2015 e-mail].

24.     On September 10, 2015, Laura Lundberg, CEO of ITA, advised the students via letter that the Department of Education would no longer provide funds for grants or loans to ITA

and that the school could not continue to operate. [**Exhibit "G"** – September 10, 2015 letter from Laura Lundberg].

25.    On September 22, 2015, after learning of the school raid and closure, ECHEVARRIA and CONDE submitted Loan Discharge Applications due to school closure. [**Exhibit "H"** -- Loan Discharge Applications].

26.    ECHEVARRIA and CONDE learned that following the raid, ECHEVARRIA's records and transcripts were or may have been seized by law enforcement.

27.    On or about August 3, 2017, ECHEVARRIA and CONDE made a request to Florida Department of Education (FDOE) to obtain those records and transcripts with the hope that ECHEVARRIA could be admitted to another school in order to complete her degree program.

28.    On August 10, 2017, FDOE responded to that request with an affidavit stating that no records were found.  To wit: Pursuant to Florida Statute Chapter 1005, ITA was required to forward all records to the Commission for Independent Education upon closure. ITA did forward records, which was not the Plaintiffs' understanding of what took place at ITA during the raid, however the records from ITA did not contain any information on Solimar Echevarria having attended ITA and therefore FDOE was unable to furnish her records. In other words, one of two things has happened: 1) ECHEVARRIA's records and transcripts were lost or destroyed while in the possession of ITA; or 2) ITA never created ECHEVARRIA's records and transcripts, hence the fraud raid. Regardless, FDOE claims they have no records of her ever attending this school. [**Exhibit "I"** – FDOE Affidavit].

29.    On or about October 19, 2017, ECHEVARRIA and CONDE's legal counsel served NAVIENT with letter requesting a loan discharge and a request for refund of any monies paid. [**Exhibit "J"** – October 19, 2017 Letter].

30.     On October 27, 2017, NAVIENT sent a letter to CONDE advising of their denial of CONDE and ECHEVARRIA's request for closed school discharge of the loans because NAVIENT claims ECHEVARRIA completed the entire program, even though she never received a degree and cannot complete the program due to the school closure and there being no record of her attendance.  [**Exhibit "K"** – October 27, 2017 letter].

31.     On July 19, 2018, NAVIENT sent letters to CONDE advising that they have processed an administrative forbearance on the loans from May 27, 2018 through July 17, 2018 and another letter advising the forbearance is from July 18, 2018 through July 17, 2028, however the loans continue to accrue interest.  [**Exhibit "L"** – NAVIENT Letters].

## COUNT I – BREACH OF CONTRACT

Plaintiffs sue NAVIENT for breach of contract and allege:

32.     Plaintiffs repeat and reallege the allegations contained within paragraphs 1 through 31 as if set forth here and in full.

33.     In or around November 2014, ECHEVARRIA and CONDE entered into a contract with NAVIENT for Federal student loans in the amount of $10,458.00.

34.     Pursuant to Section H, 22 of the Master Promissory Note, NAVIENT will discharge all or part of the loan if the student could not complete a program of study because the school closed.

35.     ECHEVARRIA was unable to complete her program of study due to the school closure in September 2015 during her medical leave of absence.

36.     ECHEVARRIA and CONDE demanded a loan discharge and a refund of payments made in accordance with the loan contract, but NAVIENT had refused.

37.     NAVIENT's actions are in breach of the contract between the parties.

38.     As a direct and proximate result of NAVIENT'S breach, ECHEVARRIA and CONDE have sustained damages in the amount of $10,458.00 plus interest in an amount yet to be determined.

39.     The Master Promissory Note provides for the recovery of attorney's fees in the event of litigation.

40.     As a result of NAVIENT's breach, the Plaintiffs have been forced to retain the undersigned counsel and are obligated to pay him a reasonable fee.

41.     NAVIENT is liable for those fees under the Master Promissory Note.

**WHEREFORE**, the Plaintiffs demand judgment against NAVIENT for its actual damages, prejudgment and post-judgment interest, its costs of action, reasonable attorney's fees, and such other relief as the Court deems just and proper.

## COUNT II – FRAUD

Plaintiffs sue ITA and allege:

42.     Plaintiffs repeat and reallege the allegations contained within paragraphs 1 through 31 as if set forth here and in full.

43.     ITA held itself out to the Plaintiffs as a legitimate school of higher education who could provide ECHEVARRIA with a veterinary assistant's degree.

44.     The Plaintiffs agreed for ECHEVARRIA to attend the school and to obtain the necessary payments for the degree program in reliance on ITA's presentation that it was a legitimate school.

45.     ITA intentionally hid from the Plaintiffs, ITA was secretly engaging in a fraudulent financial scheme that could and did result in the school being closed.

46.    Had the Plaintiffs know of this ongoing fraud, they never would have agreed for ECHEVARRIA to attend ITA.

47.    Even after ITA was raided in 2015, the school failed to disclose these matters to the Plaintiffs.

48.    ITA's actions are fraudulent.

49.    ITA caused damage to the Plaintiffs by closing before ECHEVARRIA could receive her degree, by making the Plaintiffs potentially liable on the student loans that were used to finance ITA's ongoing fraud, and by either; failing to create a record of ECHEVARRIA attendance, by failing to forward ECHEVARRIA records to FDOE or by causing her records to be seized by the authorities and then lost or destroyed, resulting in the loss of any meaningful use of her education.

**WHEREFORE**, the Plaintiffs demand judgment against FDOE for their actual damages, prejudgment and post-judgment interest, their costs of action, and such other relief as the Court deems just and proper.

**KEVIN C. MAXWELL, ESQUIRE**
FL Bar # 0604976
733 West Colonial Drive
Orlando, Florida 32804
407-480-2179
407-849-2951 fax
kevinmaxwellpl@gmail.com
**Attorney for Plaintiffs**

## ESTIMATED PROJECTED FINANCIAL AID WORKSHEET

| *Veterinary Assistant* |
|---|

| Student's Name: | Solimar Echevarria | Day/Night | Day |
|---|---|---|---|
| Start Date: | 10/13/14 | Loan Period: | |

| Total Estimated Tuition Cost | | Term 1 | Term 2 | AY Totals |
|---|---|---|---|---|
| Tuition | $15,300.00 | $7,650.00 | $7,650.00 | $15,300.00 |
| Estimated Book Cost | $530.00 | $265.00 | $265.00 | $530.00 |
| Reg/App Fee | $100.00 | $100.00 | $0.00 | $100.00 |
| Total Estimated Cost | *$15,930.00* | | | *$15,930.00* |

| Estimated Student Aid | | Term 1 | Term 2 | AY Totals |
|---|---|---|---|---|
| Federal Pell Grant | $5,730.00 | $2,865.00 | $2,865.00 | $5,730.00 |
| FDLP - Sub Loan | $3,500.00 | $1,732.00 | $1,732.00 | $3,464.00 |
| FDLP - Unsub Loan | $2,000.00 | $997.00 | $997.00 | $1,994.00 |
| Plus Stafford Loan | $4,742.00 | $2,371.00 | $2,371.00 | $4,742.00 |
| Scholarship | $0.00 | $0.00 | $0.00 | $0.00 |
| Private Funding | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | *$15,972.00* | | | $15,930.00 |

| REMAINING BALANCE: | $0.00 |
|---|---|
| Monthly Installments: | 0 |
| Monthly Payment Amount: | $0.00 |

Student Signature

_Susan Thomas_

FA Signature

Date

_10/20/2014_

Date

*By signing, I am acknowledging that I understand that receiving FSA is contingent upon meeting the standard eligibility requirements setforth by the Department of Education, completing all necessary forms, applications and procedures. I also understand the these figures are estimated amounts and are subject to change.*

"A"

# NAVIENT.
**Department of Education
Loan Servicing**



**U.S. Department of Education**
Information about your federal student loan

PO BOX 9635
WILKES-BARRE, PA 18773-9635

(800) 722-1300

Dear  SOLIMAR ECHEVARRA

Account Number:  9813609901-1

We're pleased to service your education loan(s) on behalf of the Department of Education.  Please note that you're scheduled to begin repayment on the loan(s) listed below.

**Payments should be sent to your loan provider:** Department of Education, P.O. Box 740351, Atlanta, GA 30374-0351.

**And any correspondence can be sent to your loan servicer:**  Navient – Department of Education Loan Services, P.O. Box 9635, Wilkes-Barre, PA 18773-9635.

Unable to start making payments now?  Call us immediately at 800-722-1300 so that we can assist you in finding a repayment option that may be available such as deferment, forbearance, loan consolidation or other repayment plans.
In the event of a default (past due payments), options are available through loan rehabilitation and federal loan consolidation. Find more information online at Navient.com, MappingYourFuture.org, and Ombudsman.ed.gov.

## LOAN INFORMATION

| LOAN DATE | LOAN AMOUNT | INTEREST RATE | PROGRAM |
|-----------|-------------|---------------|---------|
| 11/17/14 | $ 3,500.00 | 4.660 | DLSUB |
| 11/17/14 | $ 2,000.00 | 4.660 | DLUNSUB |

Loans with variable interest rates will have a "type" listed below in italics after the listed interest rate. These "types" mean:

*INTEREST RATE TYPES 1-9: The rate listed is the current rate on your loan. The rate is variable and changes each year on July 1. An increase in the rate may increase your payment amount or your number of payments. The variable rate for subsidized loans is based on the 91-day U.S. Treasury Bill (T-Bill). The variable rate for PLUS and SLS loans is based on the 52-week T-Bill.\* Both T-Bill rates are based on the last auction held prior to June 1. The interest rate is calculated as follows:*

| | |
|---|---|
| *1. Applicable T-Bill + 3.25%, never to exceed 12%.* | *5. Applicable T-Bill + 3.10%, never to exceed 7%.* |
| *2. Applicable T-Bill + 3.10%, never to exceed 9%.* | *6. Applicable T-Bill + 3.10%, never to exceed 8%.* |
| *3. Applicable T-Bill + 3.10%, never to exceed 11%.* | *7. Applicable T-Bill + 3.10%, never to exceed 8.25%.* |
| *4. Applicable T-Bill + 3.10%, never to exceed 10%.* | *8. Applicable T-Bill + 3.25%, never to exceed 10%.* |

*9. During school, grace and deferment, the rate is the applicable T-Bill + 2.5%; otherwise, the rate is the applicable T-Bill + 3.10%. The rate will never exceed 8.25%.*

*INTEREST RATE TYPE 10: The annual interest rate is 8% during the first four years of repayment. Any periods of deferment or forbearance do not extend the time during which 8% is charged. A variable rate, as described above in INTEREST RATE TYPES 1-9, is charged beginning the fifth year of repayment until your loan is paid in full and is calculated as follows: Applicable T-Bill + 3.25%, never to exceed 10%.*

*INTEREST RATE TYPE 11: A variable rate, as described above in INTEREST RATE TYPES 1-9, is calculated as follows: During school, grace and deferment, the rate is the applicable T-Bill + 1.7%; otherwise, the rate is the applicable T-Bill +2.3%. The rate will never exceed 8.25%.*

*INTEREST RATE TYPE 12: A variable rate, as described above in INTEREST RATE TYPES 1-9, except the rate for these PLUS loans is based on the 91-day T-Bill. The rate is calculated as follows: Applicable T-Bill + 3.1%, never to exceed 9%.*

*\*Effective July 1, 2001, the variable interest rate for SLS and PLUS loans that are currently tied to the 52-week Treasury bill will be based on the weekly average of the one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the last calendar week ending on or before June 26.*

## Amount to be Paid (for the loan(s) listed below)

| | | | |
|---|---|---|---|
| | | Total Principal Amount to be Paid: | $5,592.78 |
| **Unpaid Principal Balance (includes previous capitalized interest):** | $5,500.00 | **Estimated Amount of Accrued Interest to be Paid During Repayment (assuming payments are made as scheduled):** | + $1,440.42 |
| **Accrued Unpaid Interest to be Capitalized with this Disclosure:** | + $92.78 | **Estimated Total Amount to be Paid Over the Life of the Loan:** | $7,033.20 |
| **Total Principal Amount to be Paid (assuming the above interest capitalizes):** | $5,592.78 | **Interest Paid as of the Date of this Disclosure:** | $0.00 |

## Payment Schedule

Your repayment period for the loans listed below officially begins on 01/18/16 and your first payment is due 03/18/16 (the same day applies for each monthly payment). Please use the payment schedule below and note it has added the new loan payment(s) with any loan payment(s) you may already be making:

| 120 | $58.61 | 03/18/16 |
|-----|--------|----------|

"B"



*9813609901105766098*

| H050 | SYSTEM | ED | 0001 |
|------|--------|-----|------|

EXPRD0201 - 0-51220 W49441S10000145510669300928359400001527606119661 19668

_____
_____
_____
_____
_____
_____
_____
_____
_____

## Your Rights and Responsibilities

Your education loan(s) is a serious and binding legal obligation. It is important that you understand your rights and responsibilities concerning this loan(s). Please read this section carefully and keep it handy for your future reference.

## Rights

**1) You have the right to apply for deferment.** If you think you're eligible for deferment and are in need of one, please contact us for a deferment form and refer to Item 2 and 3 for available deferment categories. **ELIGIBILITY VARIES FOR EACH DEFERMENT CATEGORY, DEPENDING ON THE TYPE OF LOAN YOU HAVE AND OTHER SPECIFIC REQUIREMENTS.**

**2) You may be eligible for a deferment if you're (for PLUS borrowers, the dependent for whom you borrowed):**
- At least a half-time student and you are not still paying any education loans you received before July 1, 1987 for an enrollment period that began prior to July 1, 1987.
- Pursuing rehabilitation training.
- Participating full-time in an eligible graduate fellowship.

**3) You could also be eligible for deferment if you're:**
- Unemployed,
- Temporarily totally disabled (or if your spouse or a dependent is disabled and needs care),
- Pregnant or caring for your newborn (or just adopted a child),
- A mother with a preschool-aged child and entering or re-entering the work force,
- Serving in the Armed Forces, Public Health Services, or the National Oceanic and Atmospheric Administration Corps,
- A full-time volunteer under the Domestic Volunteer Service program or Peace Corps,
- Participating in an eligible internship or residency program,
- Teaching in a teacher-shortage area,
- Experiencing economic hardship, or
- A tax-exempt volunteer.

**4) If you have a subsidized loan (excluding Direct Loans), you have the right to have the interest on your education loan subsidized (paid) by the federal government** during the time you're in-school, grace and deferment. If you have a subsidized direct loan with the first disbursement made on or after July 1, 2012, and before July 1, 2014, you'll be responsible for the interest that accrues during the six-month grace period.

**5) You have the right to prepay (pay early) all or part of your loan(s) without penalty.**

## Responsibilities

**1) You must notify us at once if you:**
- Change your address,
- Legally change your name, or
- Do anything that changes your deferment eligibility.

**2) You're responsible for repaying your education loan(s),** as you agreed to do when you signed your Promissory Note, and may face legal action if you fail to do so.

**3) You're responsible for keeping your loan(s) current,** and may incur a collection charge if you fail to do so.
Your loan(s) will be in default if you fail to make regular, scheduled payments for 270 days.
The consequences of default include:
- Your default will be reported to all consumer reporting agencies, which may adversely affect your ability to obtain other credit.
- The provider of your loan may institute a civil suit against you to compel repayment.
- The Department of Education may instruct the IRS from any federal income tax refunds due to you.
- Funds may be withheld from your paychecks to pay for any amounts you owe.
- You'll lose your eligibility for future education loans, and all benefits on your current loans, including federal subsidies and deferments.
- Information about your default may be reported to your school(s).

**4) For all federal loans except subsidized loans:*** You're responsible for paying all the interest that accrues on this loan(s), including the interest that accrues during in-school, grace and deferment periods. We encourage you to pay this interest as it accrues. If the interest is not paid as it accrues, it'll be capitalized (added to the principal balance) when you enter repayment and at the end of the deferment periods.
* For subsidized direct loans where the first disbursement is made on or after July 1, 2012, and before July 1, 2014, you'll be responsible for the interest that accrues during the six-month grace period.

## Definitions and Special Facts You Need to Know

**Interest** - The cost of your loan, expressed as a percent of the loan principal. The interest increases the total amount you'll pay back.

**Subsidized Interest** - Interest that is paid by the federal government during in-school, grace and deferment periods on subsidized loans with the exception that interest is not paid by the federal government during the grace period for subsidized direct loans first disbursed on or after July 1, 2012, and before July 1, 2014.

**Capitalized Interest** - Interest on your loan that is added to the principal balance. Interest is capitalized at certain intervals if it accrues and is not paid by you or subsidized by the government. Capitalized interest will increase your monthly loan payments.

**Deferment** - A time when we authorize you to postpone your loan payments. Reasons to qualify for a deferment are listed in the Rights section, in Items 2 and 3.

**Forbearance** - A time when we authorize you to postpone your loan payments. You may qualify if you're experiencing temporary financial hardship due to poor health or other personal reasons and interest must be paid as it's accruing during this period or it'll be capitalized at certain intervals.

**Grace** - A six to twelve month period of time after you leave school before your loan enters repayment.

**Payment Schedule Changes** - If you do not make payments according to schedule, we can adjust the schedule and, if appropriate, add unpaid accrued interest to your loan balance.

*We have the right to contact your school (or for PLUS loans, your dependent's school) at any time to obtain enrollment information, verify addresses or other information.*

**Privacy Notice –** Federal law requires the U.S. Department of Education (Dept. of Ed) to tell you how it collects, shares, and protects your personal information. The Dept. of Ed's privacy policy has not changed and you may review its policy and practices with respect to your personal information at Navient.com/EDPrivacyNotice or we will mail you a free copy upon request if you call us at 800-428-1039.



# Direct Loans
William D. Ford Federal Direct Loan

**Federal Direct PLUS Loan**
**Master Promissory Note**
**William D. Ford Federal Direct Loan Program**

Warning: Any person who knowingly makes a false statement or misrepresentation on this form or any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

OMB No. 1845-0068
Form Approved
Exp. Date 02/29/2016

**SECTION A: BORROWER INFORMATION – TO BE COMPLETED BY THE BORROWER; READ THE INSTRUCTIONS IN SECTION H BEFORE COMPLETING THIS SECTION**

**CHECK ONE - I am a:** [ ] Graduate or Professional Student    [ X ] Parent of a Dependent Undergraduate Student

| 1. Driver's License State and No. |
|---|
| FL |

**2. Social Security No.**

**3. Date of Birth (mm-dd-yyyy)**

**4. E-Mail Address (optional)**
linnette72@yahoo.com

**5. Name and Permanent Address (see instructions)**

CONDE , LINNETTE M
2897 ELBIB DRIVE
SAINT CLOUD FL 34772
UNITED STATES

**6. Area Code/Telephone No.** 4077155869

**7. Citizenship Status (to be completed by parent borrowers only – check one)**
(1) [ X ] U.S. Citizen or National
(2) [ ] Permanent Resident/Other Eligible Non-Citizen
If (2), Alien Registration No.

**8. Employer's Name and Address**
OFFICE OF KEVIN C MAXWELL
733 WEST COLONIAL DRIVE
ORLANDO , FL 32804 UNITED STATES

**9. Work Area Code/Telephone No.**
4074802179

**10. References: List two persons with different U.S. addresses who do not live with you and who have known you for at least three years. If you are a parent borrower, do not list the student.**

| | 1. | 2. |
|---|---|---|
| Name | EDGARDO CONDE | VIDALINA R CONDE |
| Permanent Street Address | 336 LARIAT LN | 104 VALLES WAY |
| City, State, Zip Code | KISSIMMEE , FL 34743 UNITED STATES | KISSIMMEE , FL 34743 UNITED STATES |
| E-Mail Address (optional) | | |
| Area Code/Telephone No. | 4073017459 | 4073016223 |
| Relationship to Borrower | FATHER | MOTHER |

**SECTION B: SCHOOL INFORMATION – TO BE COMPLETED BY THE SCHOOL**

| 11. School Name and Address | 12. School Code/Branch | 13. Identification No. |
|---|---|---|
| INSTITUTE OF TECHNICAL ARTS<br>493 SEMORAN BOULEVARD<br>CASSELBERRY , FL 327074912 | G36183 | 592613108N15G36183999 |

**SECTION C: DEPENDENT UNDERGRADUATE STUDENT INFORMATION – TO BE COMPLETED ONLY IF YOU ARE A PARENT BORROWER**

| 14. Dependent Undergraduate Student's Name (last, first, middle initial) | 15. Social Security No. | 16. Date of Birth (mm-dd-yyyy) |
|---|---|---|
| Echevarria , Solimar | | |

**SECTION D: BORROWER REQUEST, CERTIFICATIONS, AUTHORIZATIONS, AND UNDERSTANDINGS – READ CAREFULLY BEFORE SIGNING BELOW**

17. This is a Master Promissory Note (MPN) for one or more Federal Direct PLUS (Direct PLUS) Loans I request a Direct PLUS Loan under this MPN in an amount not to exceed my or (if I am a parent borrower) the student's annual cost of attendance, minus other financial aid received for each academic year. For each loan, the school will notify me of the loan amount that I am eligible to borrow. Within certain timeframes, I may cancel a loan or request a lower amount by contacting the school, or by refusing to accept or returning all or a portion of a loan disbursement that is made to me. The Borrower's Rights and Responsibilities Statement that accompanies this MPN and the disclosure statements that will be provided to me contain additional information about my right to cancel a loan or request a lower amount. If I have an adverse credit history and obtain an endorser so that I may receive a Direct PLUS Loan, only one loan may be made to me under this MPN.

18. Under penalty of perjury, I certify that:
  **A.** The information I have provided on this MPN and as updated by me from time to time is true, complete, and correct to the best of my knowledge and belief and is made in good faith.
  **B.** I am **(1)** a graduate or professional student, **(2)** the biological or adoptive parent of the student identified in Section C, or **(3)** the spouse of the student's parent and I am considered to be a parent in accordance with the instructions on the Free Application for Federal Student Aid (FAFSA) for purposes of reporting my income and assets on the FAFSA.
  **C.** I will use the proceeds of loans made under this MPN for authorized educational expenses that I incur or, if I am a parent borrower, that the student incurs; I will immediately repay any loan proceeds that cannot be attributed to educational expenses for attendance on at least a half-time basis at the school that certified my loan eligibility.
  **D.** If I owe an overpayment on a Federal Perkins Loan, Federal Pell Grant, Federal Supplemental Educational Opportunity Grant, Academic Competitiveness Grant (ACG), National Science or Mathematics Access to Retain Talent (SMART) Grant, or Leveraging Educational Assistance Partnership Grant, I have made satisfactory arrangements to repay the amount owed.
  **E.** If I am in default on any loan I received under the Federal Perkins Loan Program (including National Direct Student Loans), the William D. Ford Federal Direct Loan (Direct Loan) Program, or the Federal Family Education Loan (FFEL) Program, I have made satisfactory repayment arrangements with the loan holder to repay the amount owed.
  **F.** If I have been convicted of, or if I have pled nolo contendere (no contest) or guilty to, a crime involving fraud in obtaining funds under Title IV of the Higher Education Act of 1965, as amended (HEA), I have fully repaid the funds to the U.S. Department of Education (ED) or to the loan holder in the case of a Title IV federal student loan. If I am a parent borrower applying for a Direct PLUS Loan for a dependent undergraduate student, and if that student has been convicted of, or has pled nolo contendere or guilty to, a crime involving fraud in obtaining funds under Title IV of the HEA, the student has fully repaid the funds to ED, or to the loan holder in the case of a Title IV federal student loan.

19. For each Direct PLUS Loan I receive under this MPN:
  **A.** I authorize the school to certify my eligibility for the loan.
  **B.** I authorize the school to credit my loan proceeds to my account at the school (if I am a graduate or professional student borrower) or to the student's account at the school (if I am a parent borrower), and to pay to ED any refund that may be due up to the full amount of the loan.
  **C.** I authorize ED to investigate my credit record and report information about my loan status to persons and organizations permitted by law to receive that information.
  **D.** I authorize ED to defer repayment of principal on my loan if I enroll at least half-time at an eligible school and, if I am a graduate or professional student, for the 6-month period after I cease to be enrolled at least half-time, unless I notify ED differently.
  **E.** I authorize the schools, ED, and their agents and contractors to release information about my loan to the references on the loan and to my immediate family members, unless I submit written directions otherwise.
  **F.** I authorize the schools, ED, and their agents and contractors to share information about my loan with each other.
  **G.** I authorize the schools, ED, and their agents and contractors to contact me regarding my loan request or my loan, including repayment of my loan, at the number that I provide on this MPN or any future number that I provide for my cellular telephone or other wireless device using automated dialing equipment or artificial or prerecorded voice or text messages.

20. I understand that:
  **A.** ED will give me the opportunity to pay the interest that accrues on each loan made under this MPN during deferment (including in-school deferment), forbearance, and other periods as provided under the Act. If I do not pay the interest that accrues during these periods, ED may add unpaid interest that accrues on each loan made under this MPN to the principal balance of that loan (this is called "capitalization") at the end of the deferment, forbearance, or other period. Capitalization will increase the principal balance on my loan and the total amount of interest I must pay.
  **B.** ED has the authority to verify information reported on this MPN with other federal agencies.

**SECTION E: PROMISE TO PAY – TO BE COMPLETED BY THE BORROWER**

21. I promise to pay to ED all loan amounts disbursed under the terms of this MPN, plus interest and other charges and fees that may become due as provided in this MPN. I understand that more than one loan may be made to me under this MPN for myself or for the student identified in Section C. I understand that by accepting any disbursement issued at any time under this MPN, I agree to repay the loan associated with that disbursement.

22. If I do not make a payment on a loan made under this MPN when it is due, I will also pay reasonable collection costs, including but not limited to attorney fees, court costs, and other fees.

23. I will not sign this MPN before reading the entire MPN, even if I am told not to read it, or told that I am not required to read it. I am entitled to an exact copy of this MPN and the Borrower's Rights and Responsibilities Statement.

24. My signature certifies that I have read, understand, and agree to the terms and conditions of this MPN, including the Borrower Request, Certifications, Authorizations, and Understandings in Section D, the MPN Terms and Conditions described in Section F, the Notice About Subsequent Loans Made Under this MPN in Section E, and the Borrower's Rights and Responsibilities Statement.

**I UNDERSTAND THAT I MAY RECEIVE ONE OR MORE LOANS UNDER THIS MPN, AND THAT I MUST REPAY ALL LOANS THAT I RECEIVE UNDER THIS MPN.**

| 25. **Borrower's Signature** | Linnette M Conde | 26. **Today's Date (mm-dd-yyyy)** | 10/22/2014 |
|---|---|---|---|



## Direct PLUS Loan MPN (*continued*)

### SECTION F: MPN TERMS AND CONDITIONS

**GOVERNING LAW**

The terms of this Master Promissory Note (MPN) will be interpreted in accordance with the Higher Education Act of 1965, as amended (the HEA) (20 U.S.C. 1070 *et seq.*), the U.S. Department of Education's (ED's) regulations, any amendments to the HEA and the regulations in accordance with the effective date of those amendments, and other applicable federal laws and regulations (collectively referred to as the "Act").

Under applicable state law, except as preempted by federal law, you may have certain borrower rights, remedies, and defenses in addition to those stated in this MPN and the Borrower's Rights and Responsibilities Statement.

**DISCLOSURE OF LOAN TERMS**

This MPN applies to Federal Direct PLUS Loans (Direct PLUS Loans). Under this MPN, the principal amount that you owe, and are required to repay, will be the sum of all disbursements that are made (unless you reduce or cancel any disbursements as explained below under Loan Cancellation), plus any unpaid interest that is capitalized and added to the principal balance.

Each loan made under this MPN is separately enforceable based on a true and exact copy of this MPN.

At or before the time of the first disbursement of each loan, you will receive a disclosure statement identifying the amount of the loan and additional terms of the loan. The Borrower's Rights and Responsibilities Statement accompanying this MPN contains important additional information. The Borrower's Rights and Responsibilities Statement and any disclosure statement you receive in connection with any loan under this MPN are hereby incorporated into this MPN.

You may request additional loan funds to pay for your or the student's educational costs by contacting the school's financial aid office. The school will determine if you are eligible for any additional loan funds. You will be notified of any increase or other change in the amount of your loan.

ED may use a servicer to handle billing and other communications related to your loan.

**LOAN CANCELLATION**

You may pay back all or part of a loan disbursement within the timeframes set by the Act, as explained in the Borrower's Rights and Responsibilities Statement and in a disclosure statement that you will receive. If you return the full loan amount within those timeframes, you will not have to pay any loan fee or interest charges. If you return part of a disbursement within those timeframes, ED will reduce the loan fee and interest charges in proportion to the amount returned.

**INTEREST**

Unless ED notifies you in writing that a different rate will apply, the interest rate for any loan you receive under this MPN is a fixed rate that is calculated in accordance with a formula specified in the Act. The interest rate for Direct PLUS Loans is calculated each year. When the rate is calculated, it applies to Direct PLUS Loans for which the first disbursement is made during the period beginning on July 1 of one year and ending on June 30 of the following year. Different interest rates may apply to different loans you receive under this MPN, depending on when the loan is first disbursed. The maximum interest rate for Direct PLUS Loans is 10.5%. ED will notify you of the interest rate on each of your loans.

Interest accrues on the unpaid principal balance of each loan from the date of disbursement until the loan is paid in full, including during deferment, forbearance, or other periods. You agree to pay all interest charges on your loan. You will be given the opportunity to pay the interest that accrues during a period of authorized deferment or forbearance. If you do not pay this interest, ED may capitalize the interest (add it to the principal balance of your loans) at the end of the deferment or forbearance.

**LOAN FEE**

As provided by the Act, ED charges a loan fee for each Direct PLUS Loan made under this MPN. The loan fee is a percentage of the loan amount and will be deducted proportionately from each disbursement of each of your loans. The specific loan fee that you are charged will be shown on disclosure statements that will be sent to you. ED may refund the loan fee only as permitted by the Act.

**LATE CHARGES AND COLLECTION COSTS**

ED may collect from you:

- A late charge of not more than six cents for each dollar of each late payment if you do not make any part of a required installment payment within 30 days after it becomes due, and
- Any other charges and fees that are permitted by the Act related to the collection of your loans.

If you default on your loans, you must pay reasonable collection costs, plus court costs and attorney fees.

**REPAYMENT**

You must repay the full amount of the loans made under this MPN, plus accrued interest. You will repay each loan in monthly installments during a repayment period that begins on the day of the final disbursement of that loan. Generally, payments that you make or that someone else makes on your behalf will be applied first to late charges and collection costs that are due, then to interest that has not been paid, and finally to the principal amount of the loan. However, any payments made under the Income-Based Repayment Plan or the Pay As You Earn Plan will be applied first to interest that is due, then to fees that are due, and then to the principal amount.

ED will provide you with a choice of repayment plans. The Borrower's Rights and Responsibilities Statement includes Information on these repayment plans.

ED will provide you with a repayment schedule that identifies your payment amounts and due dates. If you intend to repay your loan but are unable to make your scheduled loan payments, ED may grant you a forbearance that allows you to temporarily stop making payments or to temporarily make a smaller payment amount, which extends the time for making payments.

ED may adjust payment dates on your loans or may grant you a forbearance to eliminate a delinquency that remains even though you are making scheduled installment payments.

You may prepay all or any part of the unpaid balance on your loans at any time without penalty. If you do not specify which loans you are prepaying, ED will determine how to apply the prepayment in accordance with the Act.

After you have repaid in full a loan made under this MPN, ED will send you a notice telling you that you have paid off your loan.

**ACCELERATION AND DEFAULT**

At ED's option, the entire unpaid balance of a loan made under this MPN will become immediately due and payable (this is called "acceleration") if any one of the following events occurs:

    **(1)** You (or the student) do not enroll as at least a half-time student at the school that certified your loan eligibility;

    **(2)** You do not use the proceeds of the loan solely for your or the student's educational expenses;

    **(3)** You make a false representation that results in your receiving a loan for which you are not eligible; or

    **(4)** You default on the loan.

The following events will constitute a default on your loan:

    **(1)** You do not pay the entire unpaid balance of the loan after ED has exercised its option under items (1), (2), and (3) above;

    **(2)** You do not make installment payments when due, and your failure to make payments has persisted for at least 270 days; or

    **(3)** You do not comply with other terms of the loan, and ED reasonably concludes that you no longer intend to honor your repayment obligation.

If you default, ED may capitalize all outstanding interest. This will increase the principal balance of your loan, and the full amount of the loan, including the new principal balance and collection costs, will become immediately due and payable.

If you default, the default will be reported to nationwide consumer reporting agencies (credit bureaus) and will significantly and adversely affect your credit history. A default will have additional adverse consequences as explained in the Borrower's Rights and Responsibilities Statement. Following default, you may be required to repay the loan (potentially including amounts in excess of the principal and interest) under the Income-Based Repayment Plan or the Income-Contingent Repayment Plan in accordance with the Act.

**LEGAL NOTICES**

Any notice required to be given to you will be effective if it is sent by first class mail to the most recent address ED has for you, by electronic means to an address you have provided, or by any other method of notification that is permitted or required by applicable statute or regulation. You must immediately notify ED of a change of contact information or status as specified in the Borrower's Rights and Responsibilities Statement under "Information you must report to us after you receive your loan."

If ED does not enforce or insist on compliance with any term of this MPN, this does not waive any right of ED. No provision of this MPN may be modified or waived except in writing by ED. If any provision of this MPN is determined to be unenforceable, the remaining provisions will remain in force.

Information about your loans will be submitted to the National Student Loan Data System (NSLDS). Information in NSLDS is accessible to schools, lenders, and guarantors for specific purposes as authorized by ED.

---

**NOTICE ABOUT SUBSEQUENT LOANS MADE UNDER THIS MPN**

This MPN authorizes ED to make multiple loans to you to pay your educational expenses or, if you are a parent borrower, the educational expenses of the student identified in Section C during the multi-year term of this MPN, upon your request and upon the school's annual certification of your loan eligibility. If you have an adverse credit history and obtain an endorser to receive a Direct PLUS Loan, only one loan may be made under this MPN.

At schools that are authorized to use the multi-year feature of the MPN and choose to do so, subsequent loans may be made under this MPN for subsequent academic years. At any school, subsequent loans may be made under this MPN for the same academic year.

No subsequent loans will be made under this MPN after the earliest of the following dates:

**(1)** The date ED or the school receives your written notice that no further loans may be made;

**(2)** One year after the date you sign the MPN or the date ED receives the MPN if no disbursements are made under the MPN; or

**(3)** Ten years after the date you sign the MPN or the date ED receives the MPN.

---

**Direct PLUS Loan MPN** (*continued*)

## SECTION G: IMPORTANT NOTICES

### GRAMM-LEACH-BLILEY ACT NOTICE

In 1999, Congress enacted the Gramm-Leach-Bliley Act (Public Law 106-102). This Act requires that lenders provide certain information to their customers regarding the collection and use of nonpublic personal information.

We disclose nonpublic personal information to third parties only as necessary to process and service your loan and as permitted by the Privacy Act of 1974. See the Privacy Act Notice below. We do not sell or otherwise make available any information about you to any third parties for marketing purposes.

We protect the security and confidentiality of nonpublic personal information by implementing the following policies and practices. All physical access to the sites where nonpublic personal information is maintained is controlled and monitored by security personnel. Our computer systems offer a high degree of resistance to tampering and circumvention. These systems limit data access to our staff and contract staff on a "need-to-know" basis, and control individual users' ability to access and alter records within the systems. All users of these systems are given a unique user ID with personal identifiers. All interactions by individual users with the systems are recorded.

### PRIVACY ACT NOTICE

**The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you:**

The authority for collecting the requested information from and about you is §451 *et seq.* of the Higher Education Act (HEA) of 1965, as amended (20 U.S.C. 1087a *et seq.*) and the authorities for collecting and using your Social Security Number (SSN) are §§428B(f) and 484(a)(4) of the HEA (20 U.S.C. 1078-2(f) and 1091(a)(4)) and 31 U.S.C. 7701(b). Participating in the William D. Ford Federal Direct Loan (Direct Loan) Program and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate.

The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) under the Direct Loan Program, to permit the servicing of your loan(s), and, if it becomes necessary, to locate you and to collect and report on your loan(s) if your loan(s) become delinquent or in default. We also use your SSN as an account identifier and to permit you to access your account information electronically.

The information in your file may be disclosed, on a case by case basis or under a computer matching program, to third parties as authorized under routine uses in the appropriate systems of records notices. The routine uses of this information include, but are not limited to, its disclosure to federal, state, or local agencies, to private parties such as relatives, present and former employers, business and personal associates, to consumer reporting agencies, to financial and educational institutions, and to guaranty agencies in order to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan, to permit the servicing or collection of your loan(s), to enforce the terms of the loan(s), to investigate possible fraud and to verify compliance with federal student financial aid program regulations, or to locate you if you become delinquent in your loan payments or if you default. To provide default rate calculations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to state agencies. To provide financial aid history information, disclosures may be made to educational institutions. To assist program administrators with tracking refunds and cancellations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal or state agencies. To provide a standardized method for educational institutions to efficiently submit student enrollment status, disclosures may be made to guaranty agencies or to financial and educational institutions. To counsel you in repayment efforts, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal, state, or local agencies.

In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may be made to our contractors for the purpose of performing any programmatic function that requires disclosure of records. Before making any such disclosure, we will require the contractor to maintain Privacy Act safeguards. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

### FINANCIAL PRIVACY ACT NOTICE

Under the Right to Financial Privacy Act of 1978 (12 U.S.C. 3401-3421), ED will have access to financial records in your student loan file maintained in compliance with the administration of the Direct Loan Program.

### PAPERWORK REDUCTION NOTICE

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. The valid OMB control number for this information collection is 1845-0068. Public reporting burden for this collection of information is estimated to average 30 minutes (0.5 hours) per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain a benefit in accordance with 34 CFR 685.201. If you have comments or concerns regarding the status of your individual submission of this form, write to:

U.S. Department of Education
Common Origination and Disbursement School Relations Center
Attn: Applicant Services
PO Box 9002
Niagara Falls, NY 14302

Direct PLUS Loan MPN (*continued*)

**SECTION H: INSTRUCTIONS FOR COMPLETING THE MPN**

*ED will perform a credit check with a nationwide consumer reporting agency before approving each loan. If you have an adverse credit history, you may not borrow a Direct PLUS Loan unless you:*

  *(1) Obtain an endorser who does not have an adverse credit history, or*

  *(2) Document to ED's satisfaction that there are extenuating circumstances related to the adverse credit history.*

*An endorser is someone who agrees to repay the loan if you do not do so. If you are a parent borrower, the endorser may not be the student for whom you are borrowing the loan.*

*Type or print using blue or black ink. Do not use pencil. Enter all dates as month-day-year (mm-dd-yyyy). Use only numbers. Example: January 31, 2014 = 01/31/2014.*

*Some of the items in Sections A and C may have been completed for you. If so, review these items carefully to make sure that the information is correct.*

*Cross out any information that is incorrect and enter the correct information. Put your initials next to any information that you change.*

**SECTION A: BORROWER INFORMATION**

*IMPORTANT: Check the appropriate box to indicate whether you are a Graduate or Professional Student or a Parent of a Dependent Undergraduate Student before completing the Borrower Information section.*

**Item 1.** Enter the two-letter abbreviation for the state that issued your current driver's license, followed by your driver's license number. If you do not have a driver's license, enter N/A.

**Item 2.** Enter your nine-digit Social Security Number.

**Item 3.** Enter your date of birth.

**Item 4.** Enter your preferred e-mail address for receiving communications.  You are not required to provide this information. If you do, we may use your e-mail address to communicate with you. If you do not have an e-mail address or do not wish to provide one, enter N/A.

**Item 5.** Enter your last name, then your first name and middle initial.  Enter your permanent address (number, street, apartment number, or rural route number and box number, then city, state, zip code). If your mailing address is a post office box or general delivery, you must list **both** your street address and your mailing address. If you do not have a permanent street address or rural route number and box number, provide the physical location of your residence. A temporary school address is not acceptable.

**Item 6.** Enter the area code and telephone number at which you can most easily be reached. (Do not list your work telephone number here.) If you do not have a telephone, enter N/A.

**Item 7.** *Complete this item only if you are a parent borrower.* Place a check in the box that corresponds to your citizenship status. If you check box (2), enter your Alien Registration Number.

  **(1)** "U.S. Citizen" includes citizens of the 50 states, the District of Columbia, Puerto Rico, the U.S. Virgin Islands, Guam, and the Northern Mariana Islands. "National" includes not only all U.S. citizens, but also citizens of American Samoa and Swain's Island.

  **(2)** "Permanent Resident" means someone who can provide documentation of this status from the U.S. Citizenship and Immigration Services (USCIS). "Other Eligible Non-Citizen" includes individuals who can provide documentation from the USCIS that they are in the United States for a purpose that is not temporary, with the intention of becoming a citizen or permanent resident. This category includes refugees, persons granted asylum, Cuban-Haitian entrants, temporary residents under the Immigration Reform and Control Act of 1986, and others.

  **NOTE: If your citizenship status is not one of the categories described above, you are not eligible to receive a Direct PLUS Loan.**

**Item 8.** Enter your employer's name and address (street, city, state, zip code). If you are self-employed, enter the name and address of your business. If you are not self-employed, enter N/A.

**Item 9.** Enter your work area code and telephone number. If you are self-employed, enter the area code and telephone number of your business.

**Item 10.** Enter the requested information for two adults with different U.S. addresses who do not live with you and who have known you for at least three years. If you are a parent borrower, do not list the student for whom you are borrowing as a reference. References who live outside the United States are not acceptable. If a reference does not have a telephone number or e-mail address, or does not wish to provide an e-mail address, enter N/A. If you provide an e-mail address for a reference, ED may use it to communicate with the reference.

**SECTION B: SCHOOL INFORMATION**

This section will be completed by the school that certifies your loan eligibility.

**SECTION C: DEPENDENT UNDERGRADUATE STUDENT INFORMATION**

*Complete this section only if you are a parent borrowing for a dependent undergraduate student.*

**Item 14.** Enter the student's last name, then first name and middle initial.

**Item 15.** Enter the student's nine-digit Social Security Number.

**Item 16.** Enter the student's date of birth.

**SECTION D: BORROWER REQUEST, CERTIFICATIONS, AUTHORIZATIONS, AND UNDERSTANDINGS**

**Items 17, 18, 19, and 20.** Read these items carefully.

**SECTION E: PROMISE TO PAY**

**Items 21, 22, 23, and 24.** Read these items carefully.

**Items 25 and 26.** Sign your full legal name, in blue or black ink, and enter the date you signed this MPN.

By signing this MPN, you:

**(1)** Acknowledge that you have read, understand, and agree to the terms and conditions of the MPN, including the Borrower Request, Certifications, Authorizations, and Understandings in Section D and the accompanying Borrower's Rights and Responsibilities Statement.

**(2)** Agree to repay in full all loans made under this MPN according to the terms and conditions of the MPN.

## William D. Ford Federal Direct Loan Program
## Direct PLUS Loan Borrower's Rights and Responsibilities Statement

*Important Notice: This Borrower's Rights and Responsibilities Statement provides additional information about the terms and conditions of the loans you receive under the accompanying Federal Direct PLUS Loan (Direct PLUS Loan) Master Promissory Note (MPN). Please keep this Borrower's Rights and Responsibilities Statement for your records. You may request another copy of this Borrower's Rights and Responsibilities Statement at any time by contacting your servicer.*

*Throughout this Borrower's Rights and Responsibilities Statement, the words "we," "us," and "our" refer to the U.S. Department of Education. The word "loan" refers to one or more loans made under the Direct PLUS Loan MPN.*

*Note to Endorser: An endorser is someone who agrees to repay a Direct PLUS Loan if the borrower does not repay the loan. If you are the endorser of a Direct PLUS Loan, you are not entitled to all of the same benefits as a Direct PLUS Loan borrower, and not all of the terms and conditions of a Direct PLUS Loan apply to you. However, you should read the entire Borrower's Rights and Responsibilities Statement. We have highlighted important information that applies to you as an endorser.*

**1. The William D. Ford Federal Direct Loan Program.** The William D. Ford Federal Direct Loan (Direct Loan) Program includes the following types of loans, known collectively as "Direct Loans":

- Federal Direct Stafford/Ford Loans (Direct Subsidized Loans)
- Federal Direct Unsubsidized Stafford/Ford Loans (Direct Unsubsidized Loans)
- Federal Direct PLUS Loans (Direct PLUS Loans)
- Federal Direct Consolidation Loans (Direct Consolidation Loans)

The Direct Loan Program is authorized by Title IV, Part D, of the Higher Education Act of 1965, as amended, 20 U.S.C. 1070 *et seq* (HEA).

Direct Loans are made by the U.S. Department of Education. We contract with servicers to service, answer questions about, and process payments on Direct Loans. We will provide you with the address and telephone number of your servicer after the school notifies us that the first disbursement of your loan has been made.

**2. Laws that apply to this MPN.** The terms and conditions of loans made under this MPN are determined by the HEA and other applicable federal laws and regulations. These laws and regulations are referred to as "the Act" throughout this Borrower's Rights and Responsibilities Statement. Under applicable state law, excepted as preempted by federal law, you may have certain borrower rights, remedies, and defenses in addition to those stated in the MPN and this Borrower's Rights and Responsibilities Statement.

**NOTE: Any amendment to the Act that affects the terms of this MPN will be applied to your loans in accordance with the effective date of the amendment.**

**3. Direct PLUS Loans.** Direct PLUS Loans are loans made to graduate or professional students or to parents of dependent undergraduate students to help pay for the cost of education beyond high school. ("Dependent" is defined in the Act and is different from the definition used by the Internal Revenue Service.) To be eligible for a Direct PLUS Loan:

- You must be a graduate or professional student or the biological or adoptive parent of the dependent undergraduate student for whom you are borrowing. If you are the spouse of the dependent undergraduate student's parent (that is, if you are the student's stepparent), you may borrow a Direct PLUS Loan if you are considered to be a parent in accordance with the instructions on the Free Application for Federal Student Aid (FAFSA) for purposes of reporting your income and assets on the FAFSA.

- You, and if you are a parent borrower your child, must be a U.S. citizen or national, a permanent resident of the United States, or an otherwise eligible non-citizen.

- You, and if you are a parent borrower your child, must not be in default on a federal education loan or owe an overpayment on a federal education grant, and must not have been convicted of, or have pled *nolo contendere* (no contest) or guilty to, a crime involving fraud in obtaining funds under the Act.

- You must not have an adverse credit history (unless you meet certain other requirements – see below).

- You, or if you are a parent borrower your child, must be enrolled at least half-time at a school that participates in the Direct PLUS Loan Program.

We will check your credit history each time you request a Direct PLUS Loan. If you have an adverse credit history, you may not borrow a Direct PLUS Loan unless you:

(1) Document to our satisfaction that there are extenuating circumstances related to the adverse credit history, or

(2) Obtain an endorser who does not have an adverse credit history.

An endorser is someone who agrees to repay the Direct PLUS Loan if you do not do so. If you are a parent borrower, the endorser of a Direct PLUS Loan may not be the student for whom you are borrowing the loan.

If you are a graduate or professional student, you must complete a Free Application for Federal Student Aid (FAFSA) and your school must determine your eligibility for the maximum annual Direct Subsidized Loan and Direct Unsubsidized Loan amounts before you apply for a Direct PLUS Loan.

If you have questions about your eligibility for a Direct PLUS Loan, contact the financial aid office at the school you attend or are planning to attend or, if you are a parent borrower, the school the student attends or is planning to attend.

**4. About the MPN.** You may receive more than one loan under this MPN over a period of up to 10 years to pay for your educational costs if you are a graduate or professional student or for the educational costs of the student identified in Section C of the MPN (if you are a parent borrower), as long as the school is authorized to use the multi-year feature of the MPN and chooses to do so.

If the school is not authorized to use the multi-year feature of the MPN or chooses not to do so, or if you do not want to receive more than one loan under this MPN, you must sign a new MPN for each loan that you receive.  If you do not want to receive more than one loan under this MPN, you must notify the school or your servicer in writing.

If you are a parent requesting more than one Direct PLUS Loan to pay for the educational costs of more than one dependent undergraduate student, you must sign a separate MPN for each student. You must also sign separate MPNs if you are a parent borrowing on behalf of a dependent undergraduate student and you also wish to obtain a Direct PLUS Loan to pay for your own attendance in a graduate or professional degree program.

If we determine that you have an adverse credit history and you obtain an endorser (see Item 3, "Direct PLUS Loans"), you may receive only one loan under this MPN. If you later want to receive another Direct PLUS Loan, you must sign a new MPN. If you receive a loan under this MPN without an endorser, but are later determined to have an adverse credit history and obtain an endorser for a future Direct PLUS Loan, you will have to sign a new MPN for that loan.

**5. Direct PLUS Loans and eligibility for other financial aid.** If you borrow a Direct PLUS Loan, this may affect your eligibility for other financial aid. Therefore, we suggest that you contact the school's financial aid office to determine eligibility for grants, work-study funds, or other forms of federal, state and private student aid that do not have to be repaid before you apply for a Direct PLUS Loan.

**6. Use of your loan money.** You may use the loan money you receive only to pay for your authorized educational expenses or, if you are a parent borrower, for the student's authorized educational expenses for attendance at the school that determined you were eligible to receive the loan. Authorized expenses include the following:

- Tuition
- Room
- Board
- Institutional fees
- Books
- Supplies
- Equipment
- Dependent child care expenses
- Transportation
- Commuting expenses
- Rental or purchase of a personal computer
- Loan fees
- Other documented, authorized costs

**7. Information you must report to us after you receive your loan.** You must notify your servicer and/or the financial aid office at the school about certain changes.

Until you or (if you are a parent borrower) the student graduate or otherwise leave school, you must notify the school's financial aid office if:

- You change your address or telephone number;
- You change your name (for example, maiden name to married name);
- You or (if you are a parent borrower) the student --
  - Do not enroll at least half-time for the loan period certified by the school, or
  - Do not enroll at the school that determined you were eligible to receive the loan;
- You or (if you are a parent borrower) the student stop attending school or drop below half-time enrollment;
- You or (if you are a parent borrower) the student transfer from one school to another school; or
- You or (if you are a parent borrower) the student graduate.

You must also notify your servicer if any of the above events occur at any time after you receive your loan. In addition, you must notify your servicer if you:

- Change your employer, or your employer's address or telephone number changes; or
- Have any other change in status that would affect your loan (for example, if you receive a deferment while you are unemployed, but you find a job and therefore no longer meet the eligibility requirements for the deferment).

*Note to Endorser: You must notify your servicer if you change your address, telephone number, name, or employer, or if your employer's address or telephone number changes.*

**8. Amount you may borrow.** For each academic year, you may borrow up to – but not more than – the amount of your estimated cost of attendance (if you are a graduate or professional student borrower) or the student's estimated cost of attendance (if you are a parent borrower), minus the amount of any other financial aid received for that academic year. The school determines the cost of attendance using federal guidelines. It is important not to borrow more than you can afford to repay, even if you are eligible to borrow more.

**9. Interest rate.** The interest rate on a Direct PLUS Loan is a fixed rate that is calculated in accordance with a formula specified in the Act. The interest rate is

## William D. Ford Federal Direct Loan Program
## Direct PLUS Loan Borrower's Rights and Responsibilities Statement

calculated each year. When the rate is calculated, it applies to all Direct PLUS Loans for which the first disbursement is made during the period beginning on July 1 of one year and ending on June 30 of the following year. Different interest rates may apply to separate loans made under this MPN depending on when the loan is first disbursed. The maximum interest rate for Direct PLUS Loans is 10.5%. We will notify you of the interest rate for each loan you receive in a disclosure statement that we send to you.

If you qualify under the Servicemembers Civil Relief Act, the interest rate on your loans obtained prior to military service may be limited to 6% during your military service. Contact your servicer for information about how to request this benefit.

> *Note to Endorser:* You are eligible for the reduced interest rate described above based on the borrower's military service or your own military service, but only for a Direct PLUS Loan for which you signed an Endorser Addendum prior to the earlier of the beginning date of the borrower's military service or the beginning date of your military service.

**10. Payment of interest.** Except as provided below for borrowers who serve in the military, you are required to pay the interest that accrues on each Direct PLUS Loan you receive from the date the loan is first disbursed until it is repaid in full, including during periods of deferment or forbearance.

*No accrual of interest benefit for active duty service members*

Under the no accrual of interest benefit for active duty service members, you are not required to pay the interest that accrues on any type of Direct Loan Program loan first disbursed on or after October 1, 2008 during periods of qualifying active duty military service (for up to 60 months).

*Interest capitalization*

If you do not pay the interest as it accrues on a Direct PLUS Loan, as described above, we will add the accrued interest to the unpaid principal balance of your loan. This is called "capitalization." Capitalization increases the unpaid principal balance of your loan, and interest then accrues on the increased principal balance. We capitalize unpaid interest when you resume repayment after periods of deferment or forbearance. We may also capitalize unpaid interest that has accrued since the first disbursement of your loan when you enter repayment for the first time.

The chart that follows shows the difference in the total amount you would repay on a $15,000 Direct PLUS Loan if you pay the interest as it is charged during a 12-month deferment or forbearance period, compared to the amount you would repay if you do not pay the interest and it is capitalized.

| | If you pay the interest as it accrues... | If you do not pay the interest and it is capitalized... |
|---|---|---|
| Loan Amount | $15,000 | $15,000 |
| Interest for 12 Months | $1,575 (paid as accrued) | $1,575 (unpaid and capitalized) |
| Principal to be Repaid | $15,000 | $16,575 |
| Monthly Payment | $202 | $224 |
| Number of Payments | 120 | 120 |
| Total Repaid | $25,863 | $26,839 |

The example in the chart above shows payments made under the Standard Repayment Plan at an interest rate of 10.5%, the maximum interest rate for a Direct PLUS Loan. In this example, you would pay $22 less per month and $975 less altogether if you pay the interest as it is charged during a 12-month deferment or forbearance period.

You may be able to claim a federal income tax deduction for interest payments you make on Direct Loans. For further information, refer to IRS Publication 970, which is available at http://www.irs.ustreas.gov.

**11. Loan fee.** For each Direct PLUS Loan you receive under this MPN, we charge a loan fee that is a percentage of the principal amount of each loan. This fee will be subtracted proportionately from each disbursement of your loan. The loan fee will be shown on a disclosure statement that we send to you.

**12. Repayment incentive programs.** A repayment incentive is a benefit that we offer to encourage you to repay your loan on time. The repayment incentive program described below may be available to you.

*Interest Rate Reduction for Automatic Withdrawal of Payments*

Under the automatic withdrawal option, your bank automatically deducts your monthly loan payment from your checking or savings account and sends it to us. Automatic withdrawal helps to ensure that your payments are made on time. In addition, you receive a 0.25% interest rate reduction while you repay under the automatic withdrawal option. Your servicer will provide you with information about the automatic withdrawal option. You can also get the information on your servicer's web site, or by calling your servicer. Your servicer's web site address and toll-free telephone number are provided on all correspondence that your servicer sends you.

**13. Disbursement (how your loan money will be paid out).** Generally, the school will disburse (pay out) your loan money in more than one installment, usually at the beginning of each academic term (for example, at the beginning of each semester or quarter). If the school does not use academic terms or does not have academic terms that meet certain requirements, it will generally disburse your loan in at least two installments, one at the beginning of the period of study for which you are receiving the loan, and one at the midpoint of that period of study. The school determines the schedule for disbursing your loan money in accordance with the Act.

The school may disburse some or all of your loan money by crediting it to your account at the school (if you are a graduate or professional student borrower) or to the student's account at the school (if you are a parent borrower), or may give it to you directly by check or other means. Your servicer will notify you in writing each time the school disburses part of your loan money.

If you are a graduate or professional student and have not previously received a Direct PLUS Loan or a Federal PLUS Loan under the Federal Family Education Loan (FFEL) Program, you must receive entrance counseling before your school can make the first disbursement of your loan. Your school will tell you if entrance counseling is required, and will provide instructions for completing entrance counseling.

If the school credits your loan money to your or the student's account and the amount credited is more than the amount of the tuition and fees, room and board, and other authorized charges, the excess amount is called a credit balance.

Unless you authorize the school to hold the credit balance for you, the school must pay you the credit balance within the following timeframes:

- If the credit balance occurs after the first day of class of a payment period (the school can tell you this date), the school must pay you the credit balance no later than 14 days after the date the balance occurs.

- If the credit balance occurs on or before the first day of class of a payment period, the school must pay you the credit balance no later than 14 days after the first day of class of the payment period.

If you are a parent borrower, you may authorize the school to pay the credit balance to the student.

**14. Canceling your loan.** Before your loan money is disbursed, you may cancel all or part of your loan at any time by notifying the school. After your loan money is disbursed, there are two ways to cancel all or part of your loan:

- **You may notify the school (within certain timeframes).** If the school obtains your written confirmation of the types and amounts of Title IV loans that you want to receive for an award year before crediting loan money to your or the student's account at the school, you may tell the school that you want to cancel all or part of that loan within 14 days after the date the school notifies you of your right to cancel all or part of the loan, or by the first day of the school's payment period, whichever is later (the school can tell you the first day of the payment period).

  If the school does not obtain your written confirmation of the types and amounts of loans you want to receive before crediting the loan money to your or the student's account, you may cancel all or part of that loan by informing the school within 30 days of the date the school notifies you of your right to cancel all or part of the loan.

  If you ask the school to cancel all or part of your loan within the timeframes described above, the school will return the cancelled loan amount to us. If you ask the school to cancel all or part of your loan outside the timeframes described above, the school may process your cancellation request, but it is not required to do so.

- **You may return all or part of your loan to us.** Within 120 days of the date the school disburses your loan money (by crediting the loan money to your or the student's account at the school, by paying it directly to you, or both), you may cancel all or part of your loan by returning all or part of the loan money to us. Contact your servicer for guidance on how and where to return your loan money.

You do not have to pay interest or the loan fee on the part of your loan that is cancelled or returned within the timeframes described above. We will adjust your loan amount to eliminate any interest and loan fee that applies to the amount of the loan that is cancelled or returned.

**15. Repaying your loan.** The repayment period for each Direct PLUS Loan made under this MPN begins on the date of the final disbursement for that loan. This means that the repayment period for each loan you receive under this MPN will begin on a different date. Unless you receive a deferment or forbearance (see Item 21), your first payment on each loan will be due within 60 days of the final disbursement of that loan. Your servicer will notify you of the date your first payment is due.

You must make payments on your loan even if you do not receive a bill or repayment notice.

You must repay all of your Direct Loans under the same repayment plan, unless you want to repay your loans under the IBR Plan, the Pay As You Earn Plan, or the ICR Plan (see below) and you have other Direct Loans that do not qualify for repayment under those plans. In that case, you may select the IBR, Pay As You Earn, or ICR plan for the loans that are eligible for repayment under those plans, and may select a different repayment plan for the loans that may not be repaid under the IBR, Pay As You Earn, or ICR plan.

*Repayment plans for all Direct PLUS Loan borrowers*

The following repayment plans are available to all Direct PLUS Loan borrowers:

*Standard Repayment Plan*

Under this plan, you will make fixed monthly payments and repay your loan in full within 10 years (not including periods of deferment or forbearance) from the date the loan entered repayment. Your payments must be at least $50 a month ($600 a year) and will be more, if necessary, to repay the loan within the required time period.

*Graduated Repayment Plan*

## William D. Ford Federal Direct Loan Program
## Direct PLUS Loan Borrower's Rights and Responsibilities Statement

Under this plan, you will usually make lower payments at first, and your payments will gradually increase over time. You will repay your loan in full within 10 years (not including periods of deferment or forbearance) from the date the loan entered repayment. Your monthly payment must at least be equal to the amount of interest that accrues each month. No single payment will be more than three times greater than any other payment.

**Extended Repayment Plan**

You are eligible for this plan only if **(1)** you have an outstanding balance on Direct Loan Program loans that exceeds $30,000, and **(2)** you had no outstanding balance on a Direct Loan Program loan as of October 7, 1998 or on the date you obtained a Direct Loan Program loan after October 7, 1998.

Under this plan, you will repay your loan in full over a period not to exceed 25 years (not including periods of deferment or forbearance) from the date the loan entered repayment. You may choose to make fixed monthly payments or graduated monthly payments that start out lower and gradually increase over time. Your payments must be at least $50 a month ($600 a year) and will be more, if necessary, to repay the loan within the required time period. If you make graduated payments, your monthly payment must at least be equal to the amount of interest that accrues each month. No single payment under the graduated option will be more than three times greater than any other payment.

*Additional repayment plans only for graduate and professional student Direct PLUS Loan borrowers*

*NOTE: Parent Direct PLUS Loan borrowers may not repay their Direct PLUS Loans under these plans.*

If you are a graduate or professional student Direct PLUS Loan borrower, the following additional repayment plans are available:

**Income-Based Repayment Plan (IBR Plan)**

Under the IBR Plan, your monthly payment amount is generally 15% (10% if you are a new borrower; see Note below) of your annual discretionary income, divided by 12. Discretionary income for this plan is the difference between your adjusted gross income and 150% of the poverty guideline amount for your state of residence and family size. If you are married and file a joint federal income tax return, the income used to determine your IBR Plan payment amount will be the combined adjusted gross income of you and your spouse.

To initially qualify for the IBR Plan and to continue to make payments that are based on your income, the amount you would be required to pay on your eligible student loans under the IBR Plan (as described above) must be less than the amount you would have to pay under the Standard Repayment Plan. If your IBR Plan payment amount is less than the amount you would have to pay under the Standard Repayment Plan, you are considered to have a "partial financial hardship."

If you are married and file a joint federal income tax return, the loan amount we use to determine whether you have a partial financial hardship will include your eligible loans and your spouse's eligible loans.

While you are repaying under the IBR Plan, you must annually provide documentation of your income and certify your family size so that we may determine whether you continue to have a partial financial hardship. Your monthly payment amount may be adjusted annually based on the updated income and family size information that you provide. If we determine that you no longer have a partial financial hardship, you may remain on the IBR Plan, but your monthly payment will no longer be based on your income. Instead, your monthly payment will be what you would be required to pay under the Standard Repayment Plan, based on the amount you owed on your eligible loans at the time you entered the IBR Plan.

Under the IBR Plan, if your loan is not repaid in full after you have made the equivalent of 25 years (20

years if you are a new borrower) of qualifying monthly payments and at least 25 years (20 years if you are a new borrower) have elapsed, any remaining loan amount will be forgiven. You may have to pay federal income tax on the loan amount that is forgiven.

**Note:** You are a new borrower for the IBR Plan if you have no outstanding balance on a Direct Loan Program or FFEL Program loan on July 1, 2014, or if you have no outstanding balance on a Direct Loan Program loan on the date you obtain a Direct Loan Program loan after July 1, 2014. Your servicer will determine whether you are a new borrower based on the information about your loans in the U.S. Department of Education's National Student Loan Data System.

**Pay As You Earn Repayment Plan (Pay As You Earn Plan)**

Under the Pay As You Earn Plan, your monthly payment amount is generally 10% of your annual discretionary income, divided by 12. Discretionary income for this plan is the difference between your adjusted gross income and 150% of the poverty guideline amount for your state of residence and family size. If you are married and file a joint federal income tax return, the income used to determine your Pay As You Earn Plan payment amount will be the combined adjusted gross income of you and your spouse.

The Pay As You Earn Plan is available only to new borrowers. You are a new borrower for the Pay As You Earn Plan if:

**(1)** You had no outstanding balance on a Direct Loan Program or FFEL Program loan as of October 1, 2007, or you have no outstanding balance on a Direct Loan Program or FFEL Program loan when you obtain a new loan on or after October 1, 2007, and

**(2)** you receive a disbursement of a Direct Subsidized Loan, Direct Unsubsidized Loan, or student Direct PLUS Loan (a Direct PLUS Loan made to a graduate or professional student) on or after October 1, 2011, or you receive a Direct Consolidation Loan based on an application received on or after October 1, 2011. However, you are not considered to be a new borrower for the Pay As You Earn Plan if the Direct Consolidation Loan you receive repays loans that would make you ineligible under part **(1)** of this definition.

In addition to being a new borrower, to initially qualify for the Pay As You Earn Plan and to continue to make payments that are based on your income, the amount you would be required to pay on your eligible student loans under the Pay As You Earn Plan (as described above) must be less than the amount you would have to pay under the Standard Repayment Plan. If your Pay As You Earn Plan payment amount is less than the amount you would have to pay under the Standard Repayment Plan, you are considered to have a "partial financial hardship."

If you are married and file a joint federal income tax return, the loan amount we use to determine whether you have a partial financial hardship will include your eligible loans and your spouse's eligible loans.

While you are repaying under the Pay As You Earn Plan, you must annually provide documentation of your income and certify your family size so that we may determine whether you continue to have a partial financial hardship. Your monthly payment amount may be adjusted annually based on the updated income and family size information that you provide. If we determine that you no longer have a partial financial hardship, you may remain on the Pay As You Earn Plan, but your monthly payment will no longer be based on your income. Instead, your monthly payment will be what you would be required to pay under the Standard Repayment Plan, based on the amount you owed on your eligible loans at the time you entered the Pay As You Earn Plan.

Under the Pay As You Earn Plan, if your loan is not repaid in full after you have made the equivalent of 20

years of qualifying monthly payments and at least 20 years have elapsed, any remaining loan amount will be forgiven. You may have to pay federal income tax on the loan amount that is forgiven.

**Income Contingent Repayment Plan (ICR Plan)**

Under this plan, your monthly payment amount will be either 20% of your discretionary income or a percentage of what you would repay under a Standard Repayment Plan with a 12-year repayment period, whichever is less. Discretionary income for this plan is the difference between your adjusted gross income and the poverty guideline amount for your state of residence and family size. If you are married and file a joint federal income tax return, the income used to determine your ICR Plan payment amount will be the combined adjusted gross income of you and your spouse. Until we obtain the information needed to calculate your monthly payment amount, your payment will equal the amount of interest that accrues monthly on your loan unless you request a forbearance.

While you are repaying under the ICR Plan, you must annually provide documentation of your income and certify your family size. Your monthly payment amount may be adjusted annually based on the updated income and family size information that you provide.

Under the ICR Plan, if your loan is not repaid in full after you have made the equivalent of 25 years of qualifying monthly payments and at least 25 years have elapsed, any remaining loan amount will be forgiven. You may have to pay federal income tax on the loan amount that is forgiven.

*Additional repayment plan information*

If you are a graduate or professional student, these repayment plans will be explained in more detail during your exit counseling session.

Under each plan, the number or amount of payments may need to be adjusted to reflect capitalized interest and/or new loans made to you.

If you can show to our satisfaction that the terms and conditions of the above repayment plans are not adequate to meet your exceptional circumstances, we may provide you with an alternative repayment plan.

If you do not choose a repayment plan, we will place you on the Standard Repayment Plan.

The "Repaying Your Loans" charts at the end of this Borrower's Rights and Responsibilities Statement allow you to estimate the monthly and total amounts you would repay under the repayment plans listed above based on various initial loan amounts.

You can also use the Repayment Estimator at StudentAid.gov/Repayment-Estimator to estimate your monthly and total payment amounts under the different repayment plans and to evaluate your eligibility for the IBR and Pay As You Earn plans. The calculators are for informational purposes only. Your servicer will make the official determination of your payment amount and, for the IBR and Pay As You Earn plans, your eligibility for the plan.

You may change repayment plans at any time after you have begun repaying your loan. However, you may not change to a different repayment plan that has a maximum repayment period of less than the number of years your loan has already been in repayment, except that you may change to the IBR Plan, the Pay As You Earn Plan, or the ICR Plan at any time. There is no penalty if you make loan payments before they are due, or pay more than the amount due each month (prepayments).

*Note to Endorser: If you are making payments on the borrower's Direct PLUS loan, you may request a change of repayment plans by contacting your servicer.*

We apply your payments made under any repayment plan other than the IBR Plan and the Pay As You Earn Plan in the following order: **(1)** late charges and collection costs, **(2)** outstanding interest, and **(3)** outstanding principal.

# William D. Ford Federal Direct Loan Program
## Direct PLUS Loan Borrower's Rights and Responsibilities Statement

We apply your payments made under the IBR Plan or the Pay As You Earn Plan in the following order: **(1)** outstanding interest, **(2)** late charges and collection costs, and **(3)** outstanding principal.

We apply any prepayments in accordance with the Act. Your servicer can provide more information about how prepayments are applied.

When you have repaid a loan in full, your servicer will send you a notice telling you that you have paid off your loan. You should keep this notice in a safe place.

**16. Transfer of loan.** We may transfer one or all of your loans to another servicer without your consent. If there is a change in the address to which you must send payments or direct communications, we will notify you of the new servicer's name, address and telephone number, the effective date of the transfer, and the date when you must begin sending payments or directing communications to that servicer. Transfer of a loan to a different servicer does not affect your rights and responsibilities under that loan.

**17. Late charges and collection costs.** If you do not make any part of a payment within 30 days after it is due, we may require you to pay a late charge. This charge will not be more than six cents for each dollar of each late payment. If you do not make payments as scheduled, we may also require you to pay other charges and fees involved in collecting your loan.

**18. Demand for immediate repayment.** The entire unpaid amount of your loan becomes due and payable (this is called "acceleration") if you:

- Receive loan money, but you or the student for whom you obtained the loan do not enroll at least half-time at the school that determined you were eligible to receive the loan;
- Use your loan money to pay for anything other than expenses related to your or the student's education at the school that determined you were eligible to receive the loan;
- Make a false statement that causes you to receive a loan that you are not eligible to receive; or
- Default on your loan.

**19. Defaulting on your loan.** Default (failing to repay your loan) is defined in detail in the Terms and Conditions section of your MPN (Section F). If you default:

- We will require you to immediately repay the entire unpaid amount of your loan.
- We may sue you, take all or part of your federal tax refund or other federal payments, and/or garnish your wages so that your employer is required to send us part of your salary to pay off your loan.
- We will require you to pay reasonable collection fees and costs, plus court costs and attorney fees.
- You will lose eligibility for other federal student aid and assistance under most federal benefit programs.
- You will lose eligibility for loan deferments.

*Note to Endorser:* If the borrower defaults on the loan, and you do not make payments on the loan, you may also be subject to the actions described above.

- We will also report your default to nationwide consumer reporting agencies (see Item 20, "Consumer reporting agency notification"). This will harm your credit history and may make it difficult for you to obtain credit cards, home or car loans, or other forms of consumer credit.

**20. Consumer reporting agency notification.** We will report information about your loan to nationwide consumer reporting agencies (commonly known as "credit bureaus") on a regular basis. This information will include the disbursement dates, amount, and repayment status of your loan (for example, whether you are current or delinquent in making payments). Your loan will be identified as an education loan.

If you default on a loan, we will also report this to nationwide consumer reporting agencies. We will notify you at least 30 days in advance that we plan to report default information to a consumer reporting agency unless you resume making payments on the loan within 30 days of the date of the notice. You will be given a chance to ask for a review of the debt before we report it.

If a consumer reporting agency contacts us regarding objections you have raised about the accuracy or completeness of any information we have reported, we are required to provide the agency with a prompt response.

*Note to Endorser:* If the borrower of a Direct PLUS Loan becomes delinquent in making payments or defaults on the loan, we may also report your name to consumer reporting agencies in connection with the delinquent or defaulted loan.

**21. Deferment and forbearance (postponing payments).**

If you meet certain requirements, you may receive a **deferment** that allows you to temporarily stop making payments on your loan. If you cannot make your scheduled loan payments, but do not qualify for a deferment, we may give you a **forbearance**. A forbearance allows you to temporarily stop making payments on your loan, temporarily make smaller payments, or extend the time for making payments.

*Deferment*

You may receive a deferment:

- While you are enrolled at least half-time at an eligible school;
- During the 6-month period after you cease to be enrolled at least half-time;
- While the student for whom you obtained a Direct PLUS Loan is enrolled at least half-time at an eligible school;
- During the 6-month period after the student for whom you obtained a Direct PLUS Loan ceases to be enrolled at least half-time;
- While you are in a full-time course of study in a graduate fellowship program;
- While you are in an approved full-time rehabilitation program for individuals with disabilities;
- While you are unemployed (for a maximum of three years; you must be diligently seeking, but unable to find, full-time employment);
- While you are experiencing an economic hardship (including Peace Corps service), as defined in the Act (for a maximum of three years);
- While you are serving on active duty during a war or other military operation or national emergency or performing qualifying National Guard duty during a war or other military operation or national emergency and, if you were serving on or after October 1, 2007, for an additional 180-day period following the demobilization date for your qualifying service; or
- If you are a member of the National Guard or other reserve component of the U.S. Armed Forces (current or retired) and you are called or ordered to active duty while you are enrolled at least half-time at an eligible school or within 6 months of having been enrolled at least half-time, during the 13 months following the conclusion of your active duty service, or until you return to enrolled student status on at least a half-time basis, whichever is earlier.

You may be eligible to receive additional deferments if, at the time you received your first Direct Loan, you had an outstanding balance on a loan made under the FFEL Program before July 1, 1993. If you meet this requirement, contact your servicer for information about additional deferments that may be available.

You may receive a deferment while you are enrolled in school on at least a half-time basis (and, if you are a

graduate or professional student, during the 6-month period after you cease to be enrolled at least half-time) if (1) you submit a deferment request to your servicer along with documentation of your eligibility for the deferment, or (2) your servicer receives information from the school you are attending that indicates you are enrolled at least half-time. If your servicer processes a deferment based on information received from your school, you will be notified of the deferment and will have the option of canceling the deferment and continuing to make payments on your loan.

For all other deferments, you (or, for a deferment based on active military duty or qualifying National Guard duty during a war or other military operation or national emergency, your representative) must submit a deferment request to your servicer, along with documentation of your eligibility for the deferment. In certain circumstances, you may not be required to provide documentation of your eligibility if your servicer confirms that you have been granted the same deferment for the same time period on a FFEL Program loan. Your servicer can provide you with a deferment request form that explains the eligibility and documentation requirements for the type of deferment you are requesting. You may also obtain deferment request forms and information on deferment eligibility requirements from your servicer's web site.

If you are in default on your loan, you are not eligible for a deferment.

You are responsible for paying the interest on a Direct PLUS Loan during a period of deferment.

*Note to Endorser:* You are not eligible to receive a deferment.

*Forbearance*

We may give you a forbearance if you are temporarily unable to make your scheduled loan payments for reasons including, but not limited to, financial hardship and illness.

We will give you a forbearance if:

- You are serving in a medical or dental internship or residency program, and you meet specific requirements;
- The total amount you owe each month for all of the student loans you received under Title IV of the Act (Direct Loan Program loans, FFEL Program loans, and Federal Perkins Loans) is 20% or more of your total monthly gross income (for a maximum of three years);
- You are serving in a national service position for which you receive a national service award under the National and Community Service Trust Act of 1993. In some cases, the interest that accrues on a qualified loan during the service period will be paid by the Corporation for National and Community Service;
- You qualify for partial repayment of your loans under a student loan repayment program administered by the Department of Defense; or
- You are called to active duty in the U.S. Armed Forces.

To request a forbearance, contact your servicer. Your servicer can explain the eligibility and documentation requirements for the type of forbearance you are requesting. You may also obtain information on forbearance eligibility requirements from your servicer's web site.

Under certain circumstances, we may also give you a forbearance without requiring you to submit a request or documentation. These circumstances include, but are not limited to, the following:

- Periods necessary for us to determine your eligibility for a loan discharge;
- A period of up to 60 days in order for us to collect and process documentation related to your request for a deferment, forbearance, change in repayment plan, or consolidation loan

## William D. Ford Federal Direct Loan Program
## Direct PLUS Loan Borrower's Rights and Responsibilities Statement

(we do not capitalize the interest that is charged during this period);

- Periods when you are involved in a military mobilization, or a local or national emergency; or
- Periods necessary to align repayment of Direct PLUS Loans that do not qualify for a 6-month post-enrollment deferment with other Direct PLUS Loans that qualify for this deferment, or with Direct Subsidized Loans and Direct Unsubsidized Loans that have a grace period. Contact your servicer for more information.

You are responsible for paying the interest on a Direct PLUS Loan during a period of forbearance.

> *Note to Endorser:* Although you are not eligible to receive a deferment, you may receive a forbearance.

**22. Discharge (having your loan forgiven).**

*Loan discharge due to death, bankruptcy, total and permanent disability, school closure, false certification, identity theft, or unpaid refund*

We will discharge (forgive) your loan if:

- You die, or the child on whose behalf you obtained a Direct PLUS Loan dies. Your servicer must receive acceptable documentation (as defined in the Act) of your death or the child's death.
- Your loan is discharged in bankruptcy after you have proven to the bankruptcy court that repaying the loan would cause undue hardship. Direct Loans are not otherwise automatically discharged if you file for bankruptcy.
- You become totally and permanently disabled (as defined in the Act) and meet certain other requirements.

In certain cases, we may also discharge all or a portion of your loan if:

- You (or the child on whose behalf you obtained a Direct PLUS Loan) could not complete a program of study because the school closed;
- Your loan eligibility was falsely certified by the school;
- A loan in your name was falsely certified as a result of a crime of identity theft; or
- The school did not pay a refund of your loan money that it was required to pay under federal regulations.

*Public Service Loan Forgiveness*

A Public Service Loan Forgiveness program is also available.  Under this program, we will forgive the remaining balance due on your eligible Direct Loan Program loans after you have made 120 payments on those loans (after October 1, 2007) under certain repayment plans while you are employed full-time in certain public service jobs. The required 120 payments do not have to be consecutive.

*Additional loan discharge information*

The Act may provide for certain loan forgiveness or repayment benefits on your loans in addition to the benefits described above. If other forgiveness or repayment options become available, your servicer will provide information about these benefits.

For a discharge based on your death or the death of the child on whose behalf you obtained a Direct PLUS Loan, a family member must contact your loan servicer. To request loan discharge or forgiveness based on one of the other conditions described above (except for a discharge due to bankruptcy), you must complete an application. Your servicer can tell you how to obtain an application.

In some cases you may assert, as a defense against collection of your loan, that the school did something wrong or failed to do something that it should have done. You can make such a defense against repayment only if the school's act or omission directly relates to your loan or to the educational services that the loan was intended to pay for, and if what the school did or did not do would give rise to a legal cause of action against the school under applicable state law. If you believe that you have a defense against repayment of your loan, contact your servicer.

We do not guarantee the quality of the academic programs provided by schools that participate in federal student financial aid programs. You must repay your loan even if you or (if you are a parent borrower) the student do not complete the education paid for with the loan, are unable to obtain employment in the field of study for which the school provided training, or are dissatisfied with, or do not receive, the education paid for with the loan.

> *Note to Endorser:* If we discharge the full amount of the borrower's loan for any of the conditions described above, you are no longer obligated to make any payments on the loan. However, if a loan is reinstated after a discharge, you will again be obligated to make payments on the loan if the borrower does not make payments.

**23. Loan consolidation.** A Direct Consolidation Loan Program is available that allows you to consolidate one or more of your eligible federal education loans into a new loan with a single monthly payment, and may allow you to extend the period of time that you have to repay your loans. This may make it easier for you to repay your loans. However, you will pay more interest if you extend your repayment period through consolidation, since you will be making payments for a longer period of time. Contact your servicer for more information about loan consolidation.

> *Note to Endorser:* You are not eligible to apply for a Direct Consolidation Loan to repay a Direct PLUS Loan for which you are the endorser.

**24. Department of Defense and other federal agency loan repayment.** Under certain circumstances, military personnel may have their federal education loans repaid by the Secretary of Defense. This benefit is offered as part of a recruitment program that does not apply to individuals based on their previous military service or to those who are not eligible for enlistment in the U.S. Armed Forces. For more information, contact your local military service recruitment office.

Other agencies of the federal government may also offer student loan repayment programs as an incentive to recruit and retain employees. Contact the agency's human resources department for more information.

**William D. Ford Federal Direct Loan Program**
**Direct PLUS Loan Borrower's Rights and Responsibilities Statement**

**Repaying Your Loans: Standard, Graduated, and Extended Repayment Plans**
**(These plans are available to all Direct PLUS Loan borrowers.)**

| Debt | Standard Repayment Plan (10-year repayment period) | | Graduated Repayment Plan (10-year repayment period) | | | Extended-Fixed Repayment Plan (25-year repayment period) | | Extended-Graduated Repayment Plan (25-year repayment period) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Payment | Total Paid | Minimum Payment | Maximum Payment | Total Paid | Payment | Total Paid | Minimum Payment | Maximum Payment | Total Paid |
| $10,000 | $135 | $16,192 | $88 | $227 | $17,865 | N/A | N/A | N/A | N/A | N/A |
| $20,000 | $270 | $32,384 | $175 | $453 | $35,731 | N/A | N/A | N/A | N/A | N/A |
| $30,000 | $405 | $48,577 | $263 | $680 | $53,597 | N/A | N/A | N/A | N/A | N/A |
| $40,000 | $540 | $64,769 | $350 | $906 | $71,463 | $378 | $113,302 | $350 | $457 | $119,720 |
| $50,000 | $675 | $80,961 | $438 | $1,133 | $89,329 | $472 | $141,627 | $438 | $571 | $149,662 |
| $60,000 | $810 | $97,153 | $525 | $1,359 | $107,195 | $567 | $169,953 | $525 | $686 | $179,585 |
| $70,000 | $945 | $113,345 | $613 | $1,586 | $125,061 | $661 | $198,278 | $613 | $800 | $209,518 |
| $80,000 | $1,079 | $129,538 | $700 | $1,812 | $142,927 | $755 | $226,604 | $700 | $914 | $239,457 |
| $90,000 | $1,214 | $145,730 | $788 | $2,039 | $160,793 | $850 | $254,929 | $788 | $1,028 | $269,396 |
| $100,000 | $1,349 | $161,922 | $875 | $2,265 | $178,658 | $944 | $283,255 | $875 | $1,143 | $299,328 |

Notes:

- All estimated payments shown in the chart above are calculated using a fixed interest rate of 10.5%.
- The payment amounts shown in this chart are estimates. Your actual payment amount may differ from these estimates depending on factors such as the interest rate(s) of your loans and the amount of your loan debt. Your loan servicer will provide you with your actual monthly payment amount after you select a repayment plan.
- For the Extended Repayment Plan, an entry of "N/A" means that you are not eligible for this plan based on the loan amount owed.
- You may use the Repayment Estimator at StudentAid.gov/Repayment-Estimator to estimate payment amounts based on your actual loan debt.

**Repaying Your Loans: Income-Based Repayment Plan (IBR Plan) for Borrowers Who Are Not New Borrowers on or after July 1, 2014**
**(The IBR Plan is available only to graduate and professional student Direct PLUS Loan borrowers.)**

| Debt | Starting income of $25,000 | | | | Starting income of $40,000 | | | | Starting income of $60,000 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Initial Payment | Final Payment | Total Paid | Time to Repay (Mos.) | Initial Payment | Final Payment | Total Paid | Time to Repay (Mos.) | Initial Payment | Final Payment | Total Paid | Time to Repay (Mos.) |
| $20,000 | $97 | $245 | $43,861 | 219 | Not Eligible | - | - | - | Not Eligible | - | - | - |
| $40,000 | $97 | $491 | $89,628 | 300 | $285 | $491 | $72,680 | 173 | Not Eligible | $736 | $97,093 | 143 |
| $60,000 | $97 | $642 | $94,175 | 300 | $285 | $736 | $148,999 | 268 | $535 | $736 | $97,093 | 143 |
| $80,000 | $97 | $642 | $94,175 | 300 | $285 | $981 | $193,464 | 300 | $535 | $981 | $156,150 | 193 |
| $100,000 | $97 | $642 | $94,175 | 300 | $285 | $1,227 | $201,322 | 300 | $535 | $1,227 | $236,102 | 251 |

## William D. Ford Federal Direct Loan Program
## Direct PLUS Loan Borrower's Rights and Responsibilities Statement

**Repaying Your Loans: Pay As You Earn Repayment Plan (Pay As You Earn Plan) for Eligible Borrowers and IBR Plan for New Borrowers on or after July 1, 2014**

**(The Pay As You Earn Plan and the IBR Plan are available only to graduate and professional student Direct PLUS Loan borrowers.)**

| Debt | Starting income of $25,000 | | | | Starting income of $40,000 | | | | Starting income of $60,000 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Initial Payment | Final Payment | Total Paid | Time to Repay (Mos.) | Initial Payment | Final Payment | Total Paid | Time to Repay (Mos.) | Initial Payment | Final Payment | Total Paid | Time to Repay (Mos.) |
| $20,000 | $65 | $245 | $38,488 | 240 | $190 | $245 | $31,254 | 134 | Not Eligible | - | - | - |
| $40,000 | $65 | $309 | $40,127 | 240 | $190 | $491 | $85,707 | 240 | $356 | $491 | $64,729 | 143 |
| $60,000 | $65 | $309 | $40,127 | 240 | $190 | $625 | $89,727 | 240 | $356 | $736 | $129,366 | 222 |
| $80,000 | $65 | $309 | $40,127 | 240 | $190 | $625 | $89,727 | 240 | $356 | $981 | $154,976 | 240 |
| $100,000 | $65 | $309 | $40,127 | 240 | $190 | $625 | $89,727 | 240 | $356 | $1,046 | $155,860 | 240 |

**Repaying Your Loans: Income-Contingent Repayment Plan (ICR Plan)**

**(The ICR Plan is available only to graduate and professional student Direct PLUS Loan borrowers.)**

| Debt | Starting income of $25,000 | | | | Starting income of $40,000 | | | | Starting income of $60,000 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Initial Payment | Final Payment | Total Paid | Time to Repay (Mos.) | Initial Payment | Final Payment | Total Paid | Time to Repay (Mos.) | Initial Payment | Final Payment | Total Paid | Time to Repay (Mos.) |
| $20,000 | $151 | $199 | $43,436 | 249 | $193 | $219 | $33,513 | 161 | $219 | $251 | $30,761 | 131 |
| $40,000 | $225 | $423 | $96,630 | 274 | $385 | $438 | $67,027 | 161 | $438 | $502 | $61,523 | 131 |
| $60,000 | $225 | $694 | $146,629 | 300 | $475 | $658 | $106,605 | 175 | $658 | $754 | $92,284 | 131 |
| $80,000 | $225 | $1,018 | $162,256 | 300 | $475 | $939 | $176,175 | 233 | $809 | $1,015 | $124,521 | 240 |
| $100,000 | $225 | $1,018 | $163,256 | 300 | $475 | $1,360 | $281,310 | 298 | $809 | $1,296 | $171,619 | 158 |

Notes:

- For the IBR Plan, the Pay As You Earn Plan, and the ICR Plan, the estimated payment amounts shown in the charts above are calculated using a fixed interest rate of 8.25% and the 2013 Poverty Guidelines (published by the U.S. Department of Health and Human Services). For the ICR Plan, the calculations also use the 2013 income percentage factors. For all three plans, the calculations are based on an assumption that you are single and do not have any children or anyone else in your household, that you live in one of the 48 contiguous states, and that your income will increase at a rate of 5% per year.
- The payment amounts shown in these charts are estimates. Your actual payment amount may differ from these estimates depending on factors such as the interest rate(s) of your loans, the amount of your loan debt, your income, and whether and how quickly your income increases.
- For the IBR Plan and the Pay As You Earn Plan, an entry of "Not Eligible" means that you would not have a partial financial hardship based on the loan debt and starting income shown and therefore would not be eligible to initially select the plan.
- You may use the Repayment Estimator at StudentAid.gov/Repayment-Estimator to evaluate your eligibility for the IBR and Pay As You Earn plans, and to estimate your payment amounts under the IBR, Pay As You Earn, and ICR plans based on your actual loan debt, income, family size, and state of residence.

### TRANSACTION HISTORY

| | |
|---|---|
| Your identity was confirmed by the PIN Web site on | October 22 2014, 08:35:07 AM |
| You agreed to use an electronic MPN on | October 22 2014, 08:52:02 AM |
| You reviewed your draft MPN and confirmed that you read, understood, and agreed to the Borrower Request, Certifications, Authorizations, and Understandings, Promise to Pay, MPN Terms and Conditions, Important Notices and Borrower's Rights and Responsibilities Statement on | October 22 2014, 09:01:07 AM |
| You signed your MPN on | October 22 2014, 09:02:05 AM |
| You reviewed your signed MPN on | October 22 2014, 09:02:05 AM |
| You confirmed your acceptance of the terms and conditions of this MPN and submitted it to us on | October 22 2014, 09:04:25 AM |

# Loan Details As of 08/20/2017 (ET)

Loan          1-04 Direct Parent PLUS

| | |
|---|---|
| Loan Status | Repayment |
| Repayment Plan | Level - Ends 03/26/2025 |
| Repayment Start Date | 11/17/2014 |
| Estimated Payoff Date | 03/26/2025 |

| | |
|---|---|
| Ready to pay off this loan today? | Here are the amounts: |
| Online | $4,107.11 |
| By U.S. Mail | $4,115.19 |

**Estimated Payment Schedule**

| | Schedule Begin Date | Schedule End Date |
|---|---|---|
| 91 months @ $58.86 | 09/26/2017 | 03/26/2025 |
| Total Amount to be Repaid | $5,356.26 | |

| | |
|---|---|
| Unpaid Principal | $4,093.37 |
| Unpaid Interest | $13.74 |
| Current Balance | $4,107.11 |
| Interest Rate | 7.210% |
| Interest rates on federal student loans are set by Congress. | |
| Interest Type | Fixed |

**Loan/Borrower Benefits**

| | |
|---|---|
| Option | Interest Rate Reduction - DI01 |
| Status | Elig |

| | |
|---|---|
| School | FLORIDA INSTITUTE OF ANIMAL ARTS |
| Lender | U.S. DEPARTMENT OF EDUCATION |
| Guarantor | DEPT OF ED/NAVIENT |
| Disbursement Date | 11/17/2014 |
| Original Principal | $4,958.00 |
| Student | SOLIMAR ECHEVARRIA |

LOG IN TO STUDENTLOANS.GOV    View and learn more about all your federal student loans.    Go Now



Navient | Loan Details

https://myaccount.navient.com/Loans/LoanDetails?loanId=4&requeste...

ABOUT US

TERMS OF USE

PROTECTING YOUR PRIVACY

SOCIAL MEDIA POLICIES

ABOUT OUR ADS

SITE MAP

ACCESSIBILITY

CONTACT US

© 2017 - Navient Solutions, LLC. All rights reserved. Navient and the Navient logo are registered service marks of Navient Solutions, LLC. Other logos are trademarks or service marks of their respective owners. Navient Corporation and its subsidiaries, including Navient Solutions, LLC, are not sponsored by or agencies of the United States of America.

**Linnette Conde**

| | |
|---|---|
| **From:** | Solimar Echevarria [solimar.marie96@yahoo.com] |
| **Sent:** | Thursday, August 06, 2015 10:06 AM |
| **To:** | kevinmaxwellpl@gmail.com |
| **Subject:** | Fwd: Solimar Echevarria |

Sent from my iPhone

Begin forwarded message:

> **From:** "White, Bridgett" <Bridgett.White@flhosp.org>
> **Date:** August 6, 2015 at 9:52:27 AM EDT
> **To:** "BrendaRipley@myita.edu" <BrendaRipley@myita.edu>
> **Cc:** "solimar.Marie96@yahoo.com" <solimar.Marie96@yahoo.com>
> **Subject: Solimar Echevarria**
>
> Hello Ms. Ripley,
>
> My name is Bridgett White and I am a clinical social worker at the Florida Hospital. I have been working with Solimar as  she is currently a patient on our high risk unit. Her discharge date is yet to be determined. After speaking with Solimar and her mother I learned that she is in the process of completing her externship hours for school. Considering she is unable to fulfill the requirements for school at this time, we are asking to please accommodate any needs as it relates to  the completion of her hours. Please feel free to call me if you have any questions or concerns.  407-609-0177.
>
>
> Thank you ,
>
>
> Bridgett. MSW

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.



**Linnette Conde**

| | |
|---|---|
| **From:** | Solimar Echevarria [solimar.marie96@yahoo.com] |
| **Sent:** | Saturday, September 12, 2015 10:00 PM |
| **To:** | kevinmaxwellpl@gmail.com |
| **Subject:** | Fwd: URGENT:School closure |

Sent from my iPhone

Begin forwarded message:

> **From:** Devon <devonkahler@myita.edu>
> **Date:** September 12, 2015 at 9:49:47 PM EDT
> **To:** solimar.marie96@yahoo.com
> **Subject: Fwd: URGENT:School closure**

-------- Original Message --------
Subject: URGENT:School closure
Date: 2015-09-03 17:03

Due to unforeseen circumstances,

ITA will be closed and all classes canceled effective 9/3/2015 until 9/13/2015. The campus will tentatively re-open on 9/14/2015.

All financial aid has been placed on hold and the school and students will be receiving no money so the staff and faculty are also not getting any income. For ANY and ALL financial aid questions, they need to be directed to Lindaeckstrom@myita.edu, judithtalrico@myita.edu.

I will be volunteering from my home effective immediately until I find out any updates. I will handle any questions you may have regarding your PROGRAM and EXTERNSHIP only. I am available via cellphone (text please-267-242-5104 or my email devoncolston@gmail.com.)

Please give me 24 hours to respond as the volume of students I am assisting is quite large.

I have been advised by upper management that we will get a status update by next Friday 9/11/2015 so as soon as I know, you will know.

Again, any financial aid or school matters must contact judtihtalarico@myita.edu or lindaeckstrom@myita.edu

Any veterinary assisting p[program matters or externship matters, please contact me.

I do apologize for any and all inconvenience and I have just been informed of this as well.

Thank you



--
DEVON KAHLER
VETERINARY ASSISTANT PROGRAM COORDINATOR

-------------------------

Institute Of Technical Arts
493 State Rd 436
Casselberry, FL 32707
321-280-5482
Ext 1026

**Linnette Conde**

| | |
|---|---|
| **From:** | Solimar Echevarria [solimar.marie96@yahoo.com] |
| **Sent:** | Saturday, September 12, 2015 10:00 PM |
| **To:** | kevinmaxwellpl@gmail.com |
| **Subject:** | Fwd: Letter from CEO on 9/10/2015 |
| **Attachments:** | ATT00019.docx; ATT00022.htm |

Sent from my iPhone

Begin forwarded message:

> **From:** Devon <devonkahler@myita.edu>
> **Date:** September 12, 2015 at 9:51:12 PM EDT
> **To:** solimar.marie96@yahoo.com
> **Subject: Letter from CEO on 9/10/2015**
>
> --
> DEVON KAHLER
> VETERINARY ASSISTANT PROGRAM COORDINATOR
>
> -------------------------
>
> Institute Of Technical Arts
> 493 State Rd 436
> Casselberry, FL 32707
> 321-280-5482
> Ext 1026

#3

"G"

1

Dear ITA Veterinary Assistant Students,

I want to assure you that the administration, the staff, your faculty and I care very much about all of you and your education.  There has been a tremendous amount of misinformation about what is going on at the school, and we understand why these rumors would cause concern, but please know that I and others are working diligently to find the best solution for you.  We understand that this is a very trying time for you, as it is for us.

Please allow me to explain the situation.  The school has not yet received any of your grants or loans from the U.S. Department of Education since June.  Without the government providing funds to satisfy educational costs neither I, or the school has sufficient funds to continue paying the salaries of all the staff and instructors and to purchase and maintain all of the supplies, facilities, and equipment you need for your program.  I am still optimistic that the government will provide such funds but, to date, none of your grants or loans have been disbursed since June.

To be clear, we have not received any funds since then and have done our best to keep things open while we waited for an opportunity to resolve the issues. Unfortunately, no one has provided such an opportunity.  We understand how hard you have worked in your classes, and that is why Devon and her faculty have volunteered this week to give you assignments. I have also covered the costs of tuition, books, and supplies out of my personal funds, which are now depleted.

I know how much you love the school and your instructors so I am doing everything possible to keep your classes in operation, but am also proactively identifying options for you to transfer your credits and complete your program at another school, should that become necessary as a last resort.  When I started the school in the 1990s, I could not have been more excited to dedicate my personal and professional energies to providing educational opportunities to our community in the field of animal care.  It has been devastating over the last few months to see all those years of work disrupted. I share your frustration and disappointment, but am still optimistic that we will find a solution.

Thank you for your patience.  I will do my best to keep you informed.

Laura Lundberg
CEO



# LOAN DISCHARGE APPLICATION: SCHOOL CLOSURE

**William D. Ford Federal Direct Loan (Direct Loan) Program, Federal Family Education Loan (FFEL) Program, and Federal Perkins Loan Program**

OMB No. 1845-0058
Form Approved
Exp. Date 08/31/2017

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER IDENTIFICATION

Please enter or correct the following information.

☐ **Check this box if any of your information has changed.**

SSN ███████████

Name *Linnette M. Conde*

Address *2897 Elbib Drive*

City, State, Zip Code *Saint Cloud FL 34772*

Telephone – Primary *407 715 5869*

Telephone – Alternate *407-779-5103*

E-mail (optional) *linnette 12@yahoo.com*

## SECTION 2: SCHOOL CLOSURE INFORMATION

1. You are applying for this loan discharge as a:
   ☐ Student borrower – Skip to Item 4.
   ☒ Parent borrower – Continue to Item 2.

2. Student Name (Last, First, MI):
   *Echevarria, Solimar*

3. Student SSN:
   ███████████

4. Closed School Name:
   *Institute of Technical Arts*

5. Closed School Address (street, city, state, zip):
   *493 State Rd. 436*
   *Casselbery, FL 32707*

6. Dates of attendance at the closed school:
   *10/22/2014* to *07/15/2015*

7. Name of the program you (or, for a parent PLUS borrower, the student) were enrolled in at the time the school closed:
   *Veterinary Assistant*

8. Did you (or, for a parent PLUS borrower, the student) complete the program of study **at the closed school**?
   ☐ Yes – You are not eligible for this discharge.
   ☒ No – Continue to Item 9.

9. Were you (or for a parent PLUS borrower, the student) on an **approved** leave of absence when the school closed?
   ☒ Yes – Provide the dates of the leave of absence, then skip to Item 13:
   *07/30/2015* to *10/30/2015*
   ☐ No – Continue to Item 10.

10. Were you (or, for a parent PLUS borrower, the student) still enrolled in the program of study when the school closed?
    ☒ Yes – Skip to Item 13.
    ☐ No – Continue to Item 11.

11. Did you (or, for a parent PLUS borrower, the student) withdraw from the school before the school closed?
    ☐ Yes – Continue to Item 12.
    ☒ No – Skip to Item 13.

12. On what date did you withdraw from the school?

    _____

13. Did you (or, for a parent PLUS borrower, the student) complete or are you in the process of completing the same or a comparable program of study at another school?
    ☐ Yes – Continue to Item 14.
    ☒ No – Skip to Item 16.

14. Are you (or, for a parent PLUS borrower, the student) completing the new program through a teach-out agreement (see Section 5)?
    ☐ Yes – You are not eligible for this discharge.
    ☒ No – Continue to Item 15.

15. Did the other school give you (or, for a parent PLUS borrower, the student) credit for training received at the closed school by allowing transfer credits or hours earned at the closed school, or by any other comparable means?
    ☐ Yes – You are not eligible for this discharge.
    ☒ No – Continue to Item 16.

#4   "H"

**Borrower Name:** Linnette Conde          **Borrower SSN:** ███████████

## SECTION 2: SCHOOL CLOSURE INFORMATION (CONTINUED)

**16.** Did the holder of your loan receive any money back (a refund) from the closed school on your behalf?

☐ Yes – Continue to Items 17–19.
☐ No – Skip to Item 19.
☒ Don't Know – Skip to Item 19.

**17.** What was the amount of the refund?
$ _____

**18.** Explain why the money was refunded:
_____
_____
_____

**19.** Did you (or, for a parent PLUS borrower, the student) make any monetary claim with, or receive any payment from, the closed school or any third party (see definition in Section 5) in connection with enrollment or attendance at the school?

☐ Yes – Continue to Items 20–22.
☒ No – Sign and date the form in Section 3. Submit the form to the loan holder in Section 7.
☐ Don't Know – Sign and date the form in Section 3. Submit the form to the loan holder in Section 7.

**20.** Provide the following about the party with whom the claim was made or from whom payment was received:

a. Name: _____

b. Address (street, city, state, zip code):
_____
_____
_____

c. Telephone number: _____

**21.** What is the amount and the status of the claim?
a. Amount: $ _____
b. Status: _____

**22.** What was the amount of any payment received? If none, write "none".
$ _____

Sign and date the form in Section 3. Submit the form to the loan holder in Section 7.

## SECTION 3: BORROWER CERTIFICATIONS, ASSIGNMENT, AND AUTHORIZATION

▪ **I certify** that: **(1)** I received the Direct Loan, FFEL, or Perkins Loan Program loan funds directly, or as a credit that was applied to the amount owed to the school; **(2)** I (or, if I am a parent PLUS borrower, the student) was enrolled at the school identified in Section 2, was on an **approved** leave of absence on the date that the school closed, withdrew from the school not more than 120 days before it closed, or withdrew from the school more than 120 days before it closed if the Department determines that exceptional circumstances related to the school's closing justify an extension of this 120-day period (see Section 6); **(3)** Due to school closure, I (or, if I am a parent PLUS borrower, the student) did not complete the program of study at the closed school; **(4)** I (or, if I am a parent PLUS borrower, the student) did not complete and am not in the process of completing the program or a comparable program of study at the closed school at another school through a teach-out, by transferring credits or hours earned at the closed school to another school, or by any other comparable means; **(5)** I have read and agree to the terms and conditions for loan discharge, as specified in Section 6; **(6)** Under penalty of perjury, all of the information I have provided on this form and in any accompanying documentation is true and accurate to the best of my knowledge and belief.

▪ **I hereby assign and transfer** to the U.S. Department of Education (the Department) any right to a refund on the amount discharged that I may have received from the school identified in Section 2 of this form and/or any owners, affiliates, or assignees of the school, and from any third party that may pay claims for a refund because of the actions of the school, up to the amount discharged by the Department on my loan(s).

▪ **I authorize** the loan holder to which I submit this request (and its agents or contractors) to contact me regarding my request or my loan(s), including repayment of my loan(s), at the number that I provide on this form or any future number that I provide for my cellular telephone or other wireless device using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

**Borrower's Signature** _____   **Date** 09/22/2015



## LOAN DISCHARGE APPLICATION: SCHOOL CLOSURE

**William D. Ford Federal Direct Loan (Direct Loan) Program, Federal Family Education Loan (FFEL) Program, and Federal Perkins Loan Program**

OMB No. 1845-0058
Form Approved
Exp. Date 08/31/2017

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

### SECTION 1: BORROWER IDENTIFICATION

Please enter or correct the following information.

☐ **Check this box if any of your information has changed.**

SSN ███████████ 8
Name *Solimar Echevarria*
Address *2897 Elbib Drive*
City, State, Zip Code *St. Cloud  FL  34772*
Telephone – Primary *407-779-5103*
Telephone – Alternate *407-715-5869 (mom)*
E-mail (optional) *Solimar.marie96 @ yahoo.com*

### SECTION 2: SCHOOL CLOSURE INFORMATION

1. You are applying for this loan discharge as a:
   ☒ Student borrower – Skip to Item 4.
   ☐ Parent borrower – Continue to Item 2.

2. Student Name (Last, First, MI):
   _____

3. Student SSN:
   ___ ___ ___ - ___ ___ - ___ ___ ___ ___

4. Closed School Name:
   *Institute of Technical Arts*

5. Closed School Address (street, city, state, zip):
   *493 State Rd 436*
   *Casselberry FL 32707*

6. Dates of attendance at the closed school:
   *10/22/2014* to *7/15/2015*

7. Name of the program you (or, for a parent PLUS borrower, the student) were enrolled in at the time the school closed:
   *Veterinary Assistant*

8. Did you (or, for a parent PLUS borrower, the student) complete the program of study **at the closed school**?
   ☐ Yes – You are not eligible for this discharge.
   ☒ No – Continue to Item 9.

9. Were you (or for a parent PLUS borrower, the student) on an **approved** leave of absence when the school closed?
   ☒ Yes – Provide the dates of the leave of absence, then skip to Item 13:
   *7/15/2015* to *10/30/2015*
   ☐ No – Continue to Item 10.

10. Were you (or, for a parent PLUS borrower, the student) still enrolled in the program of study when the school closed?
    ☒ Yes – Skip to Item 13.
    ☐ No – Continue to Item 11.

11. Did you (or, for a parent PLUS borrower, the student) withdraw from the school before the school closed?
    ☐ Yes – Continue to Item 12.
    ☒ No – Skip to Item 13.

12. On what date did you withdraw from the school?
    _____

13. Did you (or, for a parent PLUS borrower, the student) complete or are you in the process of completing the same or a comparable program of study at another school?
    ☐ Yes – Continue to Item 14.
    ☒ No – Skip to Item 16.

14. Are you (or, for a parent PLUS borrower, the student) completing the new program through a teach-out agreement (see Section 5)?
    ☐ Yes – You are not eligible for this discharge.
    ☐ No – Continue to Item 15.

15. Did the other school give you (or, for a parent PLUS borrower, the student) credit for training received at the closed school by allowing transfer credits or hours earned at the closed school, or by any other comparable means?
    ☐ Yes – You are not eligible for this discharge.
    ☒ No – Continue to Item 16.

Borrower Name: _____     Borrower SSN: __ __ - __ __ - __ __ __ __

## SECTION 2: SCHOOL CLOSURE INFORMATION (CONTINUED)

16. Did the holder of your loan receive any money back (a refund) from the closed school on your behalf?

   ☐ Yes – Continue to Items 17–19.
   ☐ No – Skip to Item 19.
   ☒ Don't Know – Skip to Item 19.

17. What was the amount of the refund?
   $ _____

18. Explain why the money was refunded:
   _____
   _____
   _____

19. Did you (or, for a parent PLUS borrower, the student) make any monetary claim with, or receive any payment from, the closed school or any third party (see definition in Section 5) in connection with enrollment or attendance at the school?

   ☐ Yes – Continue to Items 20–22.
   ☒ No – Sign and date the form in Section 3. Submit the form to the loan holder in Section 7.
   ☐ Don't Know – Sign and date the form in Section 3. Submit the form to the loan holder in Section 7.

20. Provide the following about the party with whom the claim was made or from whom payment was received:

   a. Name: _____
   b. Address (street, city, state, zip code):
      _____
      _____
   c. Telephone number:
      _____

21. What is the amount and the status of the claim?
   a. Amount: $ _____
   b. Status: _____

22. What was the amount of any payment received? If none, write "none".
   $ _____

Sign and date the form in Section 3. Submit the form to the loan holder in Section 7.

## SECTION 3: BORROWER CERTIFICATIONS, ASSIGNMENT, AND AUTHORIZATION

☐ I certify that: (1) I received the Direct Loan, FFEL, or Perkins Loan Program loan funds directly, or as a credit that was applied to the amount owed to the school; (2) I (or, if I am a parent PLUS borrower, the student) was enrolled at the school identified in Section 2, was on an approved leave of absence on the date that the school closed, withdrew from the school not more than 120 days before it closed, or withdrew from the school more than 120 days before it closed if the Department determines that exceptional circumstances related to the school's closing justify an extension of this 120-day period (see Section 6); (3) Due to school closure, I (or, if I am a parent PLUS borrower, the student) did not complete the program of study at the closed school; (4) I (or, if I am a parent PLUS borrower, the student) did not complete and am not in the process of completing the program or a comparable program of study at the closed school at another school through a teach-out, by transferring credits or hours earned at the closed school to another school, or by any other comparable means; (5) I have read and agree to the terms and conditions for loan discharge, as specified in Section 6; (6) Under penalty of perjury, all of the information I have provided on this form and in any accompanying documentation is true and accurate to the best of my knowledge and belief.

☐ I hereby assign and transfer to the U.S. Department of Education (the Department) any right to a refund on the amount discharged that I may have received from the school identified in Section 2 of this form and/or any owners, affiliates, or assignees of the school, and from any third party that may pay claims for a refund because of the actions of the school, up to the amount discharged by the Department on my loan(s).

☐ I authorize the loan holder to which I submit this request (and its agents or contractors) to contact me regarding my request or my loan(s), including repayment of my loan(s), at the number that I provide on this form or any future number that I provide for my cellular telephone or other wireless device using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

Borrower's Signature _Soleiman Echeveyyerria_     Date _09/22/2015_

## SECTION 4: INSTRUCTIONS FOR COMPLETING THE FORM

When completing this form, type or print using dark ink. Enter dates as month-day-year (mm-dd-yyyy). Use only numbers. Example: March 14, 2014 = 03-14-2014. If you need more space to answer any of the items, continue on separate sheets of paper and attach them to this form. Indicate the number of the Item(s) you are answering and include your name and Social Security Number (SSN) on the top of page 2 and on all attached pages. **Return the completed form and any attachments to the address shown in Section 7.**

## SECTION 5: DEFINITIONS

- The **William D. Ford Federal Direct Loan (Direct Loan) Program** includes Federal Direct Stafford/Ford (Direct Subsidized) Loans, Federal Direct Unsubsidized Stafford/Ford (Direct Unsubsidized) Loans, Federal Direct PLUS (Direct PLUS) Loans, and Federal Direct Consolidation (Direct Consolidation) Loans.
- The **Federal Family Education Loan (FFEL) Program** includes Federal Stafford Loans (both subsidized and unsubsidized), Federal Supplemental Loans for Students (SLS), Federal PLUS Loans, and Federal Consolidation Loans.
- The **Federal Perkins Loan (Perkins Loan) Program** includes Federal Perkins Loans, National Direct Student Loans (NDSL), and National Defense Student Loans (Defense Loans).
- The **date a school closed** is the date that the school stopped providing educational instruction in *all programs* as determined by the Department.
- **Dates of attendance:** The "to" date means the last date that you (or, for a parent PLUS borrower, the student) actually attended the closed school.
- The **holder** of your Direct Loan Program loan(s) is the Department. The holder of your FFEL Program loan(s) may be a lender, a guaranty agency, or the Department. The holder of your Perkins Loan Program loans may be a school or the Department. Your loan holder may use a servicer to handle billing and other communications related to your loans. References to "your loan holder" on this form mean either your loan holder or your servicer.

- **Loan discharge** due to school closure cancels your obligation (and any endorser's obligation, if applicable) to repay the remaining portion on a Direct Loan, FFEL, or Perkins Program loan, and qualifies you for reimbursement of any amounts paid voluntarily or through forced collection on the loan. For consolidation loans, only the amount of the underlying loans that were used to pay for the program of study listed in Section 2 will be considered for discharge. The loan holder reports the discharge to all credit reporting agencies to which the holder previously reported the status of the loan and removes any adverse credit history previously associated with the loan.
- The **student** refers to the student for whom a parent borrower obtained a Direct PLUS Loan or Federal PLUS Loan.
- **Program of study** means the instructional program leading to a degree or certificate in which you (or, for parent PLUS borrowers, **the student**) were enrolled.
- **School** means the school's main campus, or any location or branch of the main campus.
- **Teach-out agreement** means a written agreement between schools that provides for the equitable treatment of students and a reasonable opportunity for students to complete their program of study if a school ceases to operate before all students have completed their program of study.
- **Third party** refers to any entity that may provide reimbursement for a refund owed by the closed school, such as a State or other entity offering a tuition recovery program or a holder of a performance bond.

## SECTION 6: TERMS AND CONDITIONS FOR LOAN DISCHARGE BASED ON SCHOOL CLOSURE

- You are only eligible for this form of discharge if you received the loan on which you are requesting discharge on or after January 1, 1986.
- You are only eligible for this form of discharge if the location or campus that you were attending closed. If you were taking distance education classes, you are only eligible for discharge if the main campus of your school closed.
- You must have been enrolled at the closed school or on an approved leave of absence on the date that the school closed, or withdrawn from the school not more than 120 days before it closed to be eligible for this form of discharge.

- If you withdrew more than 120 days before the school closed, you may be eligible for this form of discharge if the Department determines that exceptional circumstances related to the school's closing justify an extension of this 120-day period. Examples of exceptional circumstances include, but are not limited to: **(1)** the closed school's loss of accreditation; **(2)** the closed school's discontinuation of the majority of its academic programs; **(3)** action by the State to revoke the closed school's license to operate or award academic credentials in the State; or **(4)** a finding by a State or Federal government agency that the closed school violated State or Federal law.

## SECTION 6: TERMS AND CONDITIONS FOR LOAN DISCHARGE BASED ON SCHOOL CLOSURE (CONTINUED)

- By signing this form, you are agreeing to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to you that demonstrates to the satisfaction of the Department or its designee that you meet the qualifications for loan discharge based on school closure, or that supports any representation that you made on this form or any accompanying documents.

- By signing this form, you are agreeing to cooperate with the Department or the Department's designee in any enforcement action related to this application.
- This application may be denied, or your discharge may be revoked, if you fail to provide testimony, a sworn statement, or documentation upon request, or if you provide testimony, a sworn statement, or documentation that does not support the material representation that you made on this form or on any accompanying documents.

## SECTION 7: WHERE TO SEND THE COMPLETED FORM

Return the completed form and any required documentation to:
(If no address is shown, return to your loan holder.)
Navient - Department of Education Loan Servicing

PO Box 9635

Wilkes-Barre, PA 18773-9635

If you need help completing this form, call:
(If no telephone number is shown, call your loan holder.)

(800) 722-1300

## SECTION 8: IMPORTANT NOTICES

**Privacy Act Notice.** The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you:

The authorities for collecting the requested information from and about you are §421 *et seq.*, §451 *et seq.* and §461 *et seq.* of the Higher Education Act of 1965, as amended (20 U.S.C. 1071 *et seq.*, 20 U.S.C. 1087a *et seq.*, and 20 U.S.C. 1087aa *et seq.*) and the authorities for collecting and using your Social Security Number (SSN) are §§428B(f) and 484(a)(4) of the HEA (20 U.S.C. 1078-2(f) and 20 U.S.C. 1091(a)(4)) and 31 U.S.C. 7701(b). Participating in the William D. Ford Federal Direct Loan (Direct Loan) Program, the Federal Family Education Loan (FFEL) Program, or the Federal Perkins Loan (Perkins Loan) Program and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate.

The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) under the Direct Loan, FFEL, or Perkins Loan Programs, to permit the servicing of your loan(s), and, if it becomes necessary, to locate you and to collect and report on your loan(s) if your loan(s) becomes delinquent or defaults. We also use your SSN as an account identifier and to permit you to access your account information electronically.

The information in your file may be disclosed, on a case-by-case basis or under a computer matching program, to third parties as authorized under routine uses in the appropriate systems of records notices. The routine uses of this information include, but are not limited to, its disclosure to federal, state, or local agencies, to private parties such as relatives, present and former employers, business and personal associates, to consumer reporting agencies, to financial and educational institutions, and to guaranty agencies in order to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan, to permit the servicing or collection of your loan(s), to enforce the terms of the loan(s), to investigate possible fraud and to verify compliance with federal student financial aid program regulations, or to locate you if you become delinquent in your loan payments or if you default. To provide default rate calculations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to state agencies. To provide financial aid history information, disclosures may be made to educational institutions. To assist program administrators with tracking refunds and cancellations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal or state agencies. To provide a standardized method for educational institutions to efficiently submit student enrollment statuses, disclosures may be made to guaranty agencies or to financial and educational institutions. To counsel you in repayment efforts, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal, state, or local agencies.

In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary

to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may be made to our contractors for the purpose of performing any programmatic function that requires disclosure of records. Before making any such disclosure, we will require the contractor to maintain Privacy Act safeguards. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

**Paperwork Reduction Notice.** According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. The valid OMB control number for this information collection is 1845-0058. Public reporting burden for this collection of information is estimated to average 30 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain a benefit (34 CFR 682.402(e)(3), or 685.215(c)). If you have comments or concerns regarding the status of your individual submission of this form, **contact your loan holder(s) (see Section 7) directly.**



**FLORIDA DEPARTMENT OF EDUCATION**
fldoe.org

**State Board of Education**

Marva Johnson, *Chair*
John R. Padget, *Vice Chair*
*Members*
Gary Chartrand
Tom Grady
Rebecca Fishman Lipsey
Michael Olenick
Andy Tuck

Pam Stewart
**Commissioner of Education**

August 10, 2017

Re:   Institute of Technical Arts; Solimar Echevarria

To Whom It May Concern:

The Commission for Independent Education is the regulatory agency for the private post-secondary institutions in Florida.

Institute of Technical Arts (School ID#1903) was located in Casselberry, Florida and closed on May 26, 2017. Pursuant to Chapter 1005, Florida Statutes, institutions are required to forward records to the Commission for Independent Education upon closure. Records were forwarded by the school. Unfortunately, these records did not contain any information on Solimar Echevarria, attendance. Therefore, we are unable to furnish your records.

If you wish to contact this office directly, please contact cieinfo@fldoe.org.

Sincerely,

*Samuel F. Ferguson*



**Samuel L. Ferguson**
**Executive Director**
**Commission for Independent Education**
325 W. Gaines Street, Suite 1414  |  Tallahassee, FL 32399-0400  |  850-245-3200  |  www.fldoe.org/cie
© 2015, Florida Department of Education. All Rights Reserved.



**FLORIDA DEPARTMENT OF EDUCATION**
*fldoe.org*

**State Board of Education**

Marva Johnson, *Chair*
Andy Tuck, *Vice Chair*
*Members*
Gary Chartrand
Ben Gibson
Tom Grady
Rebecca Fishman Lipsey
Michael Olenick

**Pam Stewart**
**Commissioner of Education**

## AFFIDAVIT

## RECORD IS NOT AVAILABLE

STATE OF FLORIDA                                COUNTY OF LEON

Before me this day, personally appeared Samuel L. Ferguson, Executive Director, Commission for Independent Education, who being sworn and cautioned, deposes and says that the enclosed educational record represents a true and accurate copy of available information on:

**Solimar Echevarria**
Name of Individual                                         Social Security Number

Relative to his/her attendance at:

**Institute of Technical Arts #1903**          **Casselberry, FL**
Name of School and ID Number                  City, State

The affiant further states that no other data applicable to attendance and/or grades is available, and that forwarding of such enclosures fulfills the requirements as set forth in Section 1005.36(3) of the Florida Statutes.

*Samuel F. Ferguson*
NAME OF AFFIANT

Sworn to and subscribed before me this __10__ day of **August, 2017**

ELIZABETH ANN POPPELL
Commission # FF 166021
Expires February 6, 2019
Bonded Thru Troy Fain Insurance 800-385-7019

*Elizabeth Ann Poppell*

My Commission Expires                       Notary Public State of Florida

**Samuel L. Ferguson**
**Executive Director**
**Commission for Independent Education**
325 W. Gaines Street, Suite 1414  |  Tallahassee, FL 32399-0400  |  850-245-3200  |  www.fldoe.org/cie

# The Law Office of Kevin C. Maxwell

ATTORNEY
KEVIN C. MAXWELL
KEVINCMAXWELL@GMAIL.COM
OF COUNSEL:
KENNETH C. STEEL, III
STEELTRIALLAW@GMAIL.COM

LEGAL ASSISTANT
LINNETTE M. CONDE
KEVINMAXWELLPL@GMAIL.COM

GENERAL E-MAIL
MAXLAWORLANDO@GMAIL.COM

October 19, 2017

7010 1870 0003 2053 4968

Navient – Department of Education Loan Servicing
PO Box 9635
Wilkes-Barre, PA 18773-9635

Borrower(s) Account information:

1. Linnette Echevarria (parent) – 956398511 Loan: 1-04 Direct Parent PLUS
2. Solimar Echevarria (student) – 9813609901 Loans:1-01 Direct Loan - Subsidized & 1-02 Direct Loan - Unsubsidized

Dear Navient:

I have the pleasure of representing the borrowers, Linnette Echevarria, a/k/a Linnette Conde Reyes and her daughter, Solimar Echevarria. In that capacity, this letter is a formal request for a loan discharge/loan forgiveness and a full refund of all payments they have made for the student loans mentioned above.

In October of 2014, Ms. Echevarria, enrolled in the Veterinary Assistant program at the Institute of Technical Arts, 493 State Road 436, Casselberry, FL 32707. This program she enrolled into was estimated to cost, according to the school, $15,972.00. Consequently, Ms. Conde and Ms. Echevarria applied for financial assistant with Federal Direct Loans.

Ms. Echevarria was in the process of taking an exam the latter part of May 2015, which left her with the "required" externship of 75 hours within 8 weeks to complete the course of study in order to graduate, when the school closed. In fact, in June 2015, Federal Agents conducted a raid on the school initiated by the U.S. Inspector General in cooperation with the U.S. Department of Education. Inspector General spokeswoman, Catherine Grant confirmed her office serves as the audit and law enforcement side of the Department of Education. She has stated IG'S office were at the school serving sealed search warrants. Ms. Echevarria was unaware of the raid and the school closure at that time.

On or about July 30, 2015, Ms. Echevarria went to the hospital for pre-eclampsia and premature labor. Florida South Hospital admitted her into the high-risk unit with an unknown discharge date. At the time, Ms. Echevarria was still enrolled in the veterinary assistant program at Institute of Technical Arts and was in the process of completing her mandatory externship hours to qualify to graduate from the program. Not knowing when the hospital might discharge her, she immediately became concerned about the school expelling her for not being able to finish the






UNOFFICIAL



externship hours by the deadline. Accordingly, Ms. Echevarria and her mother spoke with her hospital's social worker, Bridget White, and expressed their concern about her school. They asked Ms. White to contact Brenda Ripley, who was at the time, the externship coordinator, to notify her Ms. Echevarria was under their care and to request an extension of time to complete her mandatory externship hours. On August 6, 2015 at 9:52 am EDT, Ms. White did just that, via email to Mrs. Ripley with a copy to Ms. Echevarria (see attachment 1). In reply to this email, Ms. Ripley contacted Ms. Echevarria by phone and told her she could complete her mandatory externship hours by October 30, 2015. Ms. Ripley never once mentioned to Ms. Echevarria the school was closed or was being investigated by the U.S. Inspector General in cooperation with the U.S. Department of Education.

While on this approved leave of absence, Ms. Echevarria remained admitted at Florida Hospital South and was not discharged from the hospital until September 11, 2015. Unbeknownst to my clients, on September 3, 2015, the school posted a notice with the subject "URGENT: School closure" (see attachment 2) On September 12, 2015 ITA CEO, Laura Lundberg advised the students the school had no money to continue to operate as the USDOE wouldn't give the school any more money, funny how a fraud investigation by the U.S. Inspector General will do that. (see attachment 3) As I expect you are aware, the school never reopened. Accordingly, Ms. Echevarria was never able to complete the program.

My clients, Linnette Conde Reyes and her daughter, Solimar Echevarria requested discharge of this debt in in September 2015. (see attachments 4) The only reply received from your office was to Ms. Echevarria, indicating she had completed the program and suggesting she had graduated. This is not the case. In fact, per the attached letter and sworn affidavit (see attachment 5) from the Florida Department of Education, there are no records my client ever even attended the Institute of Technical Arts, located at 493 State Road 436, Casselberry, FL 32707. As you should be aware, Florida Statutes, Chapter 1005, requires all institutions to forward to the states regulatory agency all records upon closure. No such records of attendance or grades exist in the custody of the commission for Institute of Technical Arts regarding Solimar Echevarria. As a result, no one will hire her as a vet tech because there are no records of her attendance or graduation and she can't transfer credits to another school because either the U.S. Inspector General still has her records or the school lost or destroyed them

With this additional information, we again ask the loan be discharged and all payments already applied to these loans be refunded as a result of the school's closure by the U.S. Inspector General and U.S. Department of Education for fraud.

Sincerely,

Kevin C. Maxwell

**Linnette Conde**

| | |
|---|---|
| **From:** | Solimar Echevarria [solimar.marie96@yahoo.com] |
| **Sent:** | Thursday, August 06, 2015 10:06 AM |
| **To:** | kevinmaxwellpl@gmail.com |
| **Subject:** | Fwd: Solimar Echevarria |

Sent from my iPhone

Begin forwarded message:

> **From:** "White, Bridgett" <Bridgett.White@flhosp.org>
> **Date:** August 6, 2015 at 9:52:27 AM EDT
> **To:** "BrendaRipley@myita.edu" <BrendaRipley@myita.edu>
> **Cc:** "solimar.Marie96@yahoo.com" <solimar.Marie96@yahoo.com>
> **Subject: Solimar Echevarria**

Hello Ms. Ripley,

My name is Bridgett White and I am a clinical social worker at the Florida Hospital. I have been working with Solimar as she is currently a patient on our high risk unit. Her discharge date is yet to be determined. After speaking with Solimar and her mother I learned that she is in the process of completing her externship hours for school. Considering she is unable to fulfill the requirements for completing her externship hours for school. Considering she is unable to fulfill the requirements for school at this time, we are asking to please accommodate any needs as it relates to the completion of her hours. Please feel free to call me if you have any questions or concerns. 407-609-0177.

Thank you ,

Bridgett. MSW

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

#1

**Linnette Conde**

| | |
|---|---|
| **From:** | Solimar Echevarria [solimar.marie96@yahoo.com] |
| **Sent:** | Saturday, September 12, 2015 10:00 PM |
| **To:** | kevinmaxwellpl@gmail.com |
| **Subject:** | Fwd: URGENT:School closure |

Sent from my iPhone

Begin forwarded message:

> **From:** Devon <devonkahler@myita.edu>
> **Date:** September 12, 2015 at 9:49:47 PM EDT
> **To:** solimar.marie96@yahoo.com
> **Subject: Fwd: URGENT:School closure**

-------- Original Message --------
Subject: URGENT:School closure
Date: 2015-09-03 17:03

Due to unforeseen circumstances,

ITA will be closed and all classes canceled effective 9/3/2015 until 9/13/2015. The campus will tentatively re-open on 9/14/2015.

All financial aid has been placed on hold and the school and students will be receiving no money so the staff and faculty are also not getting any income. For ANY and ALL financial aid questions, they need to be directed to Lindaeckstrom@myita.edu, judithtalrico@myita.edu.

I will be volunteering from my home effective immediately until I find out any updates. I will handle any questions you may have regarding your PROGRAM and EXTERNSHIP only. I am available via cellphone (text please-267-242-5104 or my email devoncolston@gmail.com.)

Please give me 24 hours to respond as the volume of students I am assisting is quite large.

I have been advised by upper management that we will get a status update by next Friday 9/11/2015 so as soon as I know, you will know.

Again, any financial aid or school matters must contact judtihtalarico@myita.edu or lindaeckstrom@myita.edu

Any veterinary assisting p[program matters or externship matters, please contact me.

I do apologize for any and all inconvenience and I have just been informed of this as well.

Thank you

1

#2

--
DEVON KAHLER
VETERINARY ASSISTANT PROGRAM COORDINATOR

-------------------------

Institute Of Technical Arts
493 State Rd 436
Casselberry, FL 32707
321-280-5482
Ext 1026

**Linnette Conde**

| | |
|---|---|
| **From:** | Solimar Echevarria [solimar.marie96@yahoo.com] |
| **Sent:** | Saturday, September 12, 2015 10:00 PM |
| **To:** | kevinmaxwellpl@gmail.com |
| **Subject:** | Fwd: Letter from CEO on 9/10/2015 |
| **Attachments:** | ATT00019.docx; ATT00022.htm |

Sent from my iPhone

Begin forwarded message:

> **From:** Devon <devonkahler@myita.edu>
> **Date:** September 12, 2015 at 9:51:12 PM EDT
> **To:** solimar.marie96@yahoo.com
> **Subject: Letter from CEO on 9/10/2015**
>
> ,
>
>
> --
> DEVON KAHLER
> VETERINARY ASSISTANT PROGRAM COORDINATOR
>
> -------------------------
>
> Institute Of Technical Arts
> 493 State Rd 436
> Casselberry, FL 32707
> 321-280-5482
> Ext 1026

#3

Dear ITA Veterinary Assistant Students,

I want to assure you that the administration, the staff, your faculty and I care very much about all of you and your education.  There has been a tremendous amount of misinformation about what is going on at the school, and we understand why these rumors would cause concern, but please know that I and others are working diligently to find the best solution for you.  We understand that this is a very trying time for you, as it is for us.

Please allow me to explain the situation.  The school has not yet received any of your grants or loans from the U.S. Department of Education since June.  Without the government providing funds to satisfy educational costs neither I, or the school has sufficient funds to continue paying the salaries of all the staff and instructors and to purchase and maintain all of the supplies, facilities, and equipment you need for your program.  I am still optimistic that the government will provide such funds but, to date, none of your grants or loans have been disbursed since June.

To be clear, we have not received any funds since then and have done our best to keep things open while we waited for an opportunity to resolve the issues. Unfortunately, no one has provided such an opportunity.  We understand how hard you have worked in your classes, and that is why Devon and her faculty have volunteered this week to give you assignments. I have also covered the costs of tuition, books, and supplies out of my personal funds, which are now depleted.

I know how much you love the school and your instructors so I am doing everything possible to keep your classes in operation, but am also proactively identifying options for you to transfer your credits and complete your program at another school, should that become necessary as a last resort.  When I started the school in the 1990s, I could not have been more excited to dedicate my personal and professional energies to providing educational opportunities to our community in the field of animal care.  It has been devastating over the last few months to see all those years of work disrupted. I share your frustration and disappointment, but am still optimistic that we will find a solution.

Thank you for your patience.  I will do my best to keep you informed.

Laura Lundberg
CEO



# LOAN DISCHARGE APPLICATION: SCHOOL CLOSURE

**William D. Ford Federal Direct Loan (Direct Loan) Program, Federal Family Education Loan (FFEL) Program, and Federal Perkins Loan Program**

OMB No. 1845-0058
Form Approved
Exp. Date 08/31/2017

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER IDENTIFICATION

Please enter or correct the following information.
☐ **Check this box if any of your information has changed.**

SSN ████████
Name *Linnette M. Conde*
Address *2897 Elbib Drive*
City, State, Zip Code *Saint Cloud FL 34772*
Telephone – Primary *407 715 5869*
Telephone – Alternate *407-779-5103*
E-mail (optional) *linnette12@yahoo.com*

## SECTION 2: SCHOOL CLOSURE INFORMATION

1. You are applying for this loan discharge as a:
   ☐ Student borrower – Skip to Item 4.
   ☒ Parent borrower – Continue to Item 2.

2. Student Name (Last, First, MI):
   *Echevarria, Solimar*

3. Student SSN: ████████

4. Closed School Name:
   *Institute of Technical Arts*

5. Closed School Address (street, city, state, zip):
   *493 State Rd. 436*
   *Casselbery, FL 32707*

6. Dates of attendance at the closed school:
   *10/22/2014* to *07/15/2015*

7. Name of the program you (or, for a parent PLUS borrower, the student) were enrolled in at the time the school closed:
   *Veterinary Assistant*

8. Did you (or, for a parent PLUS borrower, the student) complete the program of study **at the closed school**?
   ☐ Yes – You are not eligible for this discharge.
   ☒ No – Continue to Item 9.

9. Were you (or for a parent PLUS borrower, the student) on an **approved** leave of absence when the school closed?
   ☒ Yes – Provide the dates of the leave of absence, then skip to Item 13:
   *07/30/2015* to *10/30/2015*
   ☐ No – Continue to Item 10.

10. Were you (or, for a parent PLUS borrower, the student) still enrolled in the program of study when the school closed?
    ☒ Yes – Skip to Item 13.
    ☐ No – Continue to Item 11.

11. Did you (or, for a parent PLUS borrower, the student) withdraw from the school before the school closed?
    ☐ Yes – Continue to Item 12.
    ☒ No – Skip to Item 13.

12. On what date did you withdraw from the school?
    _____

13. Did you (or, for a parent PLUS borrower, the student) complete or are you in the process of completing the same or a comparable program of study at another school?
    ☐ Yes – Continue to Item 14.
    ☒ No – Skip to Item 16.

14. Are you (or, for a parent PLUS borrower, the student) completing the new program through a teach-out agreement (see Section 5)?
    ☐ Yes – You are not eligible for this discharge.
    ☒ No – Continue to Item 15.

15. Did the other school give you (or, for a parent PLUS borrower, the student) credit for training received at the closed school by allowing transfer credits or hours earned at the closed school, or by any other comparable means?
    ☐ Yes – You are not eligible for this discharge.
    ☒ No – Continue to Item 16.

#4

**Borrower Name:** Linnette Conde          **Borrower SSN:** ████████

## SECTION 2: SCHOOL CLOSURE INFORMATION (CONTINUED)

16. Did the holder of your loan receive any money back (a refund) from the closed school on your behalf?
    - ☐ Yes – Continue to Items 17–19.
    - ☐ No – Skip to Item 19.
    - ☒ Don't Know – Skip to Item 19.

17. What was the amount of the refund?
    $ _____

18. Explain why the money was refunded:
    _____
    _____
    _____

19. Did you (or, for a parent PLUS borrower, the student) make any monetary claim with, or receive any payment from, the closed school or any third party (see definition in Section 5) in connection with enrollment or attendance at the school?
    - ☐ Yes – Continue to Items 20–22.
    - ☒ No – Sign and date the form in Section 3. Submit the form to the loan holder in Section 7.
    - ☐ Don't Know – Sign and date the form in Section 3. Submit the form to the loan holder in Section 7.

20. Provide the following about the party with whom the claim was made or from whom payment was received:
    a. Name: _____
    b. Address (street, city, state, zip code):
       _____
       _____
       _____
    c. Telephone number:
       _____

21. What is the amount and the status of the claim?
    a. Amount: $ _____
    b. Status: _____

22. What was the amount of any payment received? If none, write "none".
    $ _____

Sign and date the form in Section 3. Submit the form to the loan holder in Section 7.

## SECTION 3: BORROWER CERTIFICATIONS, ASSIGNMENT, AND AUTHORIZATION

- **I certify that: (1)** I received the Direct Loan, FFEL, or Perkins Loan Program loan funds directly, or as a credit that was applied to the amount owed to the school; **(2)** I (or, if I am a parent PLUS borrower, the student) was enrolled at the school identified in Section 2, was on an **approved** leave of absence on the date that the school closed, withdrew from the school not more than 120 days before it closed, or withdrew from the school more than 120 days before it closed if the Department determines that exceptional circumstances related to the school's closing justify an extension of this 120-day period (see Section 6); **(3)** Due to school closure, I (or, if I am a parent PLUS borrower, the student) did not complete the program of study at the closed school; **(4)** I (or, if I am a parent PLUS borrower, the student) did not complete and am not in the process of completing the program or a comparable program of study at the closed school at another school through a teach-out, by transferring credits or hours earned at the closed school to another school, or by any other comparable means; **(5)** I have read and agree to the terms and conditions for loan discharge, as specified in Section 6; **(6)** Under penalty of perjury, all of the information I have provided on this form and in any accompanying documentation is true and accurate to the best of my knowledge and belief.
- **I hereby assign and transfer** to the U.S. Department of Education (the Department) any right to a refund on the amount discharged that I may have received from the school identified in Section 2 of this form and/or any owners, affiliates, or assignees of the school, and from any third party that may pay claims for a refund because of the actions of the school, up to the amount discharged by the Department on my loan(s).
- **I authorize** the loan holder to which I submit this request (and its agents or contractors) to contact me regarding my request or my loan(s), including repayment of my loan(s), at the number that I provide on this form or any future number that I provide for my cellular telephone or other wireless device using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

**Borrower's Signature** _____        **Date** 09/22/2015



# LOAN DISCHARGE APPLICATION: SCHOOL CLOSURE

**William D. Ford Federal Direct Loan (Direct Loan) Program, Federal Family Education Loan (FFEL) Program, and Federal Perkins Loan Program**

OMB No. 1845-0058
Form Approved
Exp. Date 08/31/2017

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER IDENTIFICATION

Please enter or correct the following information.

☐ **Check this box if any of your information has changed.**

SSN ███████████

Name *Solimar Echevarria*

Address *2897 Elbib Drive*

City, State, Zip Code *St. Cloud FL 34772*

Telephone – Primary *407-779-5103*

Telephone – Alternate *407-715-5869 (mom)*

E-mail (optional) *Solimar.marie96@yahoo.com*

## SECTION 2: SCHOOL CLOSURE INFORMATION

1. You are applying for this loan discharge as a:
   ☒ Student borrower – Skip to Item 4.
   ☐ Parent borrower – Continue to Item 2.

2. Student Name (Last, First, MI):
   _____

3. Student SSN:
   ___ ___ ___ - ___ ___ - ___ ___ ___ ___

4. Closed School Name:
   *Institute of Technical Arts*

5. Closed School Address (street, city, state, zip):
   *493 State Rd 436*
   *Casselberry FL 32707*

6. Dates of attendance at the closed school:
   *10/22/2014* to *7/15/2015*

7. Name of the program you (or, for a parent PLUS borrower, the student) were enrolled in at the time the school closed:
   *Veterinary Assistant*

8. Did you (or, for a parent PLUS borrower, the student) complete the program of study **at the closed school**?
   ☐ Yes – You are not eligible for this discharge.
   ☒ No – Continue to Item 9.

9. Were you (or for a parent PLUS borrower, the student) on an **approved** leave of absence when the school closed?
   ☒ Yes – Provide the dates of the leave of absence, then skip to Item 13:
   *7/15/2015* to *10/30/2015*
   ☐ No – Continue to Item 10.

10. Were you (or, for a parent PLUS borrower, the student) still enrolled in the program of study when the school closed?
    ☒ Yes – Skip to Item 13.
    ☐ No – Continue to Item 11.

11. Did you (or, for a parent PLUS borrower, the student) withdraw from the school before the school closed?
    ☐ Yes – Continue to Item 12.
    ☒ No – Skip to Item 13.

12. On what date did you withdraw from the school?
    _____

13. Did you (or, for a parent PLUS borrower, the student) complete or are you in the process of completing the same or a comparable program of study at another school?
    ☐ Yes – Continue to Item 14.
    ☒ No – Skip to Item 16.

14. Are you (or, for a parent PLUS borrower, the student) completing the new program through a teach-out agreement (see Section 5)?
    ☐ Yes – You are not eligible for this discharge.
    ☐ No – Continue to Item 15.

15. Did the other school give you (or, for a parent PLUS borrower, the student) credit for training received at the closed school by allowing transfer credits or hours earned at the closed school, or by any other comparable means?
    ☐ Yes – You are not eligible for this discharge.
    ☒ No – Continue to Item 16.

Borrower Name: _____     Borrower SSN: _ _ _ - _ _ - _ _ _ _

## SECTION 2: SCHOOL CLOSURE INFORMATION (CONTINUED)

16. Did the holder of your loan receive any money back (a refund) from the closed school on your behalf?

  ☐ Yes – Continue to Items 17–19.
  ☐ No – Skip to Item 19.
  ☒ Don't Know – Skip to Item 19.

17. What was the amount of the refund?

  $ _____

18. Explain why the money was refunded:

  _____
  _____
  _____

19. Did you (or, for a parent PLUS borrower, the student) make any monetary claim with, or receive any payment from, the closed school or any third party (see definition in Section 5) in connection with enrollment or attendance at the school?

  ☐ Yes – Continue to Items 20–22.
  ☒ No – Sign and date the form in Section 3. Submit the form to the loan holder in Section 7.
  ☐ Don't Know – Sign and date the form in Section 3. Submit the form to the loan holder in Section 7.

20. Provide the following about the party with whom the claim was made or from whom payment was received:

  a. Name: _____

  b. Address (street, city, state, zip code):

  _____
  _____

  c. Telephone number: _____

21. What is the amount and the status of the claim?
  a. Amount: $ _____
  b. Status: _____

22. What was the amount of any payment received? If none, write "none".

  $ _____

Sign and date the form in Section 3. Submit the form to the loan holder in Section 7.

## SECTION 3: BORROWER CERTIFICATIONS, ASSIGNMENT, AND AUTHORIZATION

☐ I certify that: (1) I received the Direct Loan, FFEL, or Perkins Loan Program loan funds directly, or as a credit that was applied to the amount owed to the school; (2) I (or, if I am a parent PLUS borrower, the student) was enrolled at the school identified in Section 2, was on an approved leave of absence on the date that the school closed, withdrew from the school not more than 120 days before it closed, or withdrew from the school more than 120 days before it closed if the Department determines that exceptional circumstances related to the school's closing justify an extension of this 120-day period (see Section 6); (3) Due to school closure, I (or, if I am a parent PLUS borrower, the student) did not complete the program of study at the closed school; (4) I (or, if I am a parent PLUS borrower, the student) did not complete and am not in the process of completing the program or a comparable program of study at the closed school at another school through a teach-out, by transferring credits or hours earned at the closed school to another school, or by any other comparable means; (5) I have read and agree to the terms and conditions for loan discharge, as specified in Section 6; (6) Under penalty of perjury, all of the information I have provided on this form and in any accompanying documentation is true and accurate to the best of my knowledge and belief.

☐ I hereby assign and transfer to the U.S. Department of Education (the Department) any right to a refund on the amount discharged that I may have received from the school identified in Section 2 of this form and/or any owners, affiliates, or assignees of the school, and from any third party that may pay claims for a refund because of the actions of the school, up to the amount discharged by the Department on my loan(s).

☐ I authorize the loan holder to which I submit this request (and its agents or contractors) to contact me regarding my request or my loan(s), including repayment of my loan(s), at the number that I provide on this form or any future number that I provide for my cellular telephone or other wireless device using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

Borrower's Signature _Soleiman Echevarría_     Date 09/22/2015

## SECTION 4: INSTRUCTIONS FOR COMPLETING THE FORM

When completing this form, type or print using dark ink. Enter dates as month-day-year (mm-dd-yyyy). Use only numbers. Example: March 14, 2014 = 03-14-2014. If you need more space to answer any of the items, continue on separate sheets of paper and attach them to this form. Indicate the number of the Item(s) you are answering and include your name and Social Security Number (SSN) on the top of page 2 and on all attached pages. **Return the completed form and any attachments to the address shown in Section 7.**

## SECTION 5: DEFINITIONS

- The **William D. Ford Federal Direct Loan (Direct Loan) Program** includes Federal Direct Stafford/Ford (Direct Subsidized) Loans, Federal Direct Unsubsidized Stafford/Ford (Direct Unsubsidized) Loans, Federal Direct PLUS (Direct PLUS) Loans, and Federal Direct Consolidation (Direct Consolidation) Loans.
- The **Federal Family Education Loan (FFEL) Program** includes Federal Stafford Loans (both subsidized and unsubsidized), Federal Supplemental Loans for Students (SLS), Federal PLUS Loans, and Federal Consolidation Loans.
- The **Federal Perkins Loan (Perkins Loan) Program** includes Federal Perkins Loans, National Direct Student Loans (NDSL), and National Defense Student Loans (Defense Loans).
- The **date a school closed** is the date that the school stopped providing educational instruction in *all programs* as determined by the Department.
- **Dates of attendance**: The "to" date means the last date that you (or, for a parent PLUS borrower, the student) actually attended the closed school.
- The **holder** of your Direct Loan Program loan(s) is the Department. The holder of your FFEL Program loan(s) may be a lender, a guaranty agency, or the Department. The holder of your Perkins Loan Program loans may be a school or the Department. Your loan holder may use a servicer to handle billing and other communications related to your loans. References to "your loan holder" on this form mean either your loan holder or your servicer.

- **Loan discharge** due to school closure cancels your obligation (and any endorser's obligation, if applicable) to repay the remaining portion on a Direct Loan, FFEL, or Perkins Program loan, and qualifies you for reimbursement of any amounts paid voluntarily or through forced collection on the loan. For consolidation loans, only the amount of the underlying loans that were used to pay for the program of study listed in Section 2 will be considered for discharge. The loan holder reports the discharge to all credit reporting agencies to which the holder previously reported the status of the loan and removes any adverse credit history previously associated with the loan.
- The **student** refers to the student for whom a parent borrower obtained a Direct PLUS Loan or Federal PLUS Loan.
- **Program of study** means the instructional program leading to a degree or certificate in which you (or, for parent PLUS borrowers, the student) were enrolled.
- **School** means the school's main campus, or any location or branch of the main campus.
- **Teach-out agreement** means a written agreement between schools that provides for the equitable treatment of students and a reasonable opportunity for students to complete their program of study if a school ceases to operate before all students have completed their program of study.
- **Third party** refers to any entity that may provide reimbursement for a refund owed by the closed school, such as a State or other entity offering a tuition recovery program or a holder of a performance bond.

## SECTION 6: TERMS AND CONDITIONS FOR LOAN DISCHARGE BASED ON SCHOOL CLOSURE

- You are only eligible for this form of discharge if you received the loan on which you are requesting discharge on or after January 1, 1986.
- You are only eligible for this form of discharge if the location or campus that you were attending closed. If you were taking distance education classes, you are only eligible for discharge if the main campus of your school closed.
- You must have been enrolled at the closed school or on an approved leave of absence on the date that the school closed, or withdrawn from the school not more than 120 days before it closed to be eligible for this form of discharge.

- If you withdrew more than 120 days before the school closed, you may be eligible for this form of discharge if the Department determines that exceptional circumstances related to the school's closing justify an extension of this 120-day period. Examples of exceptional circumstances include, but are not limited to: **(1)** the closed school's loss of accreditation; **(2)** the closed school's discontinuation of the majority of its academic programs; **(3)** action by the State to revoke the closed school's license to operate or award academic credentials in the State; or **(4)** a finding by a State or Federal government agency that the closed school violated State or Federal law.

## SECTION 6: TERMS AND CONDITIONS FOR LOAN DISCHARGE BASED ON SCHOOL CLOSURE (CONTINUED)

- By signing this form, you are agreeing to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to you that demonstrates to the satisfaction of the Department or its designee that you meet the qualifications for loan discharge based on school closure, or that supports any representation that you made on this form or any accompanying documents.

- By signing this form, you are agreeing to cooperate with the Department or the Department's designee in any enforcement action related to this application.

- This application may be denied, or your discharge may be revoked, if you fail to provide testimony, a sworn statement, or documentation upon request, or if you provide testimony, a sworn statement, or documentation that does not support the material representation that you made on this form or on any accompanying documents.

## SECTION 7: WHERE TO SEND THE COMPLETED FORM

Return the completed form and any required documentation to:
(If no address is shown, return to your loan holder.)
Navient - Department of Education Loan Servicing

PO Box 9635

Wilkes-Barre, PA 18773-9635

If you need help completing this form, call:
(If no telephone number is shown, call your loan holder.)

(800) 722-1300

## SECTION 8: IMPORTANT NOTICES

**Privacy Act Notice.** The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you:

The authorities for collecting the requested information from and about you are §421 *et seq.*, §451 *et seq.* and §461 *et seq.* of the Higher Education Act of 1965, as amended (20 U.S.C. 1071 *et seq.*, 20 U.S.C. 1087a *et seq.*, and 20 U.S.C. 1087aa *et seq.*) and the authorities for collecting and using your Social Security Number (SSN) are §§428B(f) and 484(a)(4) of the HEA (20 U.S.C. 1078-2(f) and 20 U.S.C. 1091(a)(4)) and 31 U.S.C. 7701(b). Participating in the William D. Ford Federal Direct Loan (Direct Loan) Program, the Federal Family Education Loan (FFEL) Program, or the Federal Perkins Loan (Perkins Loan) Program and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate.

The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) under the Direct Loan, FFEL, or Perkins Loan Programs, to permit the servicing of your loan(s), and, if it becomes necessary, to locate you and to collect and report on your loan(s) if your loan(s) becomes delinquent or defaults. We also use your SSN as an account identifier and to permit you to access your account information electronically.

The information in your file may be disclosed, on a case-by-case basis or under a computer matching program, to third parties as authorized under routine uses in the appropriate systems of records notices. The routine uses of this information include, but are not limited to, its disclosure to federal, state, or local agencies, to private parties such as relatives, present and former employers, business and personal associates, to consumer reporting agencies, to financial and educational institutions, and to guaranty agencies in order to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan, to permit the servicing or collection of your loan(s), to enforce the terms of the loan(s), to investigate possible fraud and to verify compliance with federal student financial aid program regulations, or to locate you if you become delinquent in your loan payments or if you default. To provide default rate calculations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to state agencies. To provide financial aid history information, disclosures may be made to educational institutions. To assist program administrators with tracking refunds and cancellations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal or state agencies. To provide a standardized method for educational institutions to efficiently submit student enrollment statuses, disclosures may be made to guaranty agencies or to financial and educational institutions. To counsel you in repayment efforts, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal, state, or local agencies.

In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary

to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may be made to our contractors for the purpose of performing any programmatic function that requires disclosure of records. Before making any such disclosure, we will require the contractor to maintain Privacy Act safeguards. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

**Paperwork Reduction Notice.** According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. The valid OMB control number for this information collection is 1845-0058. Public reporting burden for this collection of information is estimated to average 30 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain a benefit (34 CFR 682.402(e)(3), or 685.215(c)). If you have comments or concerns regarding the status of your individual submission of this form, **contact your loan holder(s) (see Section 7) directly.**



**FLORIDA DEPARTMENT OF**
**EDUCATION**
fldoe.org

**State Board of Education**

Marva Johnson, *Chair*
John R. Padget, *Vice Chair*
*Members*
Gary Chartrand
Tom Grady
Rebecca Fishman Lipsey
Michael Olenick
Andy Tuck

Pam Stewart
**Commissioner of Education**

August 10, 2017

Re:  Institute of Technical Arts; Solimar Echevarria

To Whom It May Concern:

The Commission for Independent Education is the regulatory agency for the private post-secondary institutions in Florida.

Institute of Technical Arts (School ID#1903) was located in Casselberry, Florida and closed on May 26, 2017. Pursuant to Chapter 1005, Florida Statutes, institutions are required to forward records to the Commission for Independent Education upon closure. Records were forwarded by the school. Unfortunately, these records did not contain any information on Solimar Echevarria, attendance. Therefore, we are unable to furnish your records.

If you wish to contact this office directly, please contact cieinfo@fldoe.org.

Sincerely,

*Samuel L. Ferguson*

#5

**Samuel L. Ferguson**
**Executive Director**
**Commission for Independent Education**

© 2015  Florida Department of Education. All Rights Reserved.



## FLORIDA DEPARTMENT OF EDUCATION
fldoe.org

**State Board of Education**

Marva Johnson, *Chair*
Andy Tuck, *Vice Chair*
*Members*
Gary Chartrand
Ben Gibson
Tom Grady
Rebecca Fishman Lipsey
Michael Olenick

Pam Stewart
**Commissioner of Education**

### AFFIDAVIT

### RECORD IS NOT AVAILABLE

STATE OF FLORIDA                                       COUNTY OF LEON

Before me this day, personally appeared Samuel L. Ferguson, Executive Director, Commission for Independent Education, who being sworn and cautioned, deposes and says that the enclosed educational record represents a true and accurate copy of available information on:

**Solimar Echevarria**
Name of Individual                                       Social Security Number

Relative to his/her attendance at:

**Institute of Technical Arts #1903**                 **Casselberry, FL**
Name of School and ID Number                          City, State

The affiant further states that no other data applicable to attendance and/or grades is available, and that forwarding of such enclosures fulfills the requirements as set forth in Section 1005.36(3) of the Florida Statutes.

*Samuel F. Ferguson*
NAME OF AFFIANT

Sworn to and subscribed before me this __10__ day of **August, 2017**

ELIZABETH ANN POPPELL
Commission # FF 166021
Expires February 6, 2019
Bonded Thru Troy Fain Insurance 800-385-7019

*Elizabeth Ann Poppell*

My Commission Expires                                 Notary Public State of Florida

**Samuel L. Ferguson**
**Executive Director**
**Commission for Independent Education**
325 W. Gaines Street, Suite 1414  |  Tallahassee, FL 32399-0400  |  850-245-3200  |  www.fldoe.org/cie

 **NAVIENT.** Department of Education
Loan Servicing

PO BOX 9635
WILKES-BARRE, PA 18773-9635

LINNETTE M ECHEVARRIA
2897 ELBIB DR
SAINT CLOUD FL 34772-8526

## LINNETTE, we can't approve your request for a closed school discharge of your loans.

You recently requested closed school discharge for your loans. Unfortunately, we can't approve your request because of reason(s):

**Denial reason code**: 1.

*Please refer to the chart on the reverse for an explanation of each denial reason.*

**What you need to do**
If the denial reason(s) listed above was for an incomplete application or missing documents to support your claim, please provide the required information at your earliest convenience for a second review.

For other denial reasons, this denial means that you do not appear to meet the qualifications for discharge and that you remain responsible for repayment of the loans.

**What to expect next**
Payment are required if your loans are in repayment.  We'll send you a separate notice telling you when your next payment is due.  If we provided your initial discharge application, you may have been granted an administrative forbearance at the time you initially requested a discharge application; please note that the administrative forbearance is limited to 60 days from when we issued your initial discharge application.

If you can't make a payment, make sure to call us or visit us online at Navient.com to learn about your options.  We may be able to reduce or temporarily postpone your monthly payments.  To learn more about other repayment options, such as Income Driven Repayment, visit StudentLoans.gov.

**If you disagree with this determination**
If you disagree with the denial decision, and if you can provide additional compelling evidence or information that you believe might support your application for discharge, please resubmit your application to us for reconsideration.  You may resubmit your application at any time to begin the discharge review process again.  *Your request may also be forwarded to the US Department of Education or your loan guarantor on your behalf for additional review.*

**Account number**

**Date**
10/27/17

**Manage your account online**
Navient.com

**Contact us**
800-722-1300

Monday – Thursday,
8 a.m. – 9 p.m.
Friday, 8 a.m. – 8 p.m. Eastern

Save money with Auto Pay: You may be able to earn a 0.25% interest rate reduction by enrolling in our Auto Pay plan. To enroll, log in to Navient.com and change your payment settings.

Continued on reverse

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al (800) 722-1300, y marque el numero correspondiente.

*956398581115696696*

"K"

K562       E49759       ED       4880



You can submit this documentation using one of the following methods:
**Online:** Log in to your account at Navient.com and upload your documentation.
**By Fax:** 866-266-0178
**By mail:** Navient – Dept of ED Loan Services, P.O. Box 9635, Wilkes Barre, PA 18773-9635

**We're here to help**
We want to help you manage your account in a way that's convenient for you.  If you have any questions about your request, visit us online or give us a call.

The below table represents potential **Denial Reason** codes and the explanation associated with each. Please refer to the attached cover letter to determine which **Denial Reason** code and **Denial Explanation** pertain to your circumstance.

**Denial
Reason**          **Denial Explanation**

1.   The student, completed the course of study prior to the school closure.
2.   The student was not enrolled (or on an approved leave of absence) within 120 days prior to the school closure date.
3.   The school to which your loans were disbursed has not been reported by the U.S. Department of Education as being closed.
4.   The school branch to which your loans were disbursed has not been reported by the U.S. Department of Education as being closed.
5.   The student ceased to be enrolled at the closed Corinthian Colleges campus prior to June 20, 2014
6.   We need proof of the student's approved leave of absence when the school closed.  Please send this proof to us and we'll resubmit your request to the U.S. Department of Education.
7.   Your application is not complete.  Please review and complete any incomplete or missing fields on the application.  Please ensure your application is also signed, dated, and your personal information is completed in section 1.
8.   If you are the primary borrower on a PLUS loan, the application must be completed by the borrower and not the student.  However, please list the student's information in section 2.
9.   You selected "yes" for question 8, 14, or 15.  You are not eligible for discharge.  Please refer to section 6 of the closed school application for eligibility requirements.
10.  You have Graduated, therefore, you are not eligible for Closed School discharge.
11.  It has been confirmed that credits earned at the closed school transferred to your new school.
12   You do not have any active loans with Navient or the loans on file were not disbursed to the Closed School. Please refer to the National Student Loan Data System for a complete listing of your active loans.

**Important disclosure(s)**

*Auto Pay*
*To verify eligibility and the amount of your interest rate reduction, log in to your account and view your borrower benefits. If applicable, the interest rate reduction for Auto Pay will be available only while your monthly payment amount is successfully deducted from the designated bank account. This benefit is suspended during periods of deferment or forbearance, when monthly payments are not required. If you were previously on Auto Pay, we'll resume Auto Pay when deferment or forbearance ends (unless you contact us to terminate your enrollment).

For multi-party loans, only one party may enroll in Auto Pay.

**Important disclosure(s)**

*Servicing of federal student loans*
Your federal student loans referenced in this letter are owned by the U.S. Department of Education. The terms of the federal student loan programs are not determined by Navient, they are established by federal law, in particular by the Higher Education Act of 1965, as amended, and U.S. Department of Education regulations. Among other things, the law and regulations set borrowing limits, interest rates, eligibility for subsidies, repayment plans, capitalization of interest, and loan forgiveness. As your loan servicer, Navient is required to administer your loans on behalf of the U.S. Department of Education in accordance with the law.

**Loan Information**  The loans listed below are the loans referred to in this letter.  *If you have questions or concerns about your account, write to us at the address provided above.*

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| 02/08/10 | $ 5,787.00 | $ 2,437.87 | 6.800 | FFELP |
| 02/08/10 | $ 3,500.00 | $ 1,338.74 | 5.600 | FFELP |
| 08/03/10 | $ 316.00 | $ .00 | 4.500 | DLSUB |
| 11/17/14 | $ 4,958.00 | $ 4,027.29 | 7.210 | DLPLUS |

Disclosure Statement (continued)

This Disclosure Statement provides information about the Direct Subsidized Loan and/or Direct Unsubsidized Loan that your school plans to disburse (pay out) by crediting your student account, paying you directly, or both. It replaces any Disclosure Statements that you may have received previously for the same loan(s). Keep this Disclosure statement for your records.

You must have signed a Master Promissory Note (MPN) before your loan money is disbursed. The MPN, the Borrower's Rights and Responsibilities statement, and the Plain Language Disclosure explain the terms of your loan(s). If you have any questions about your MPN or this Disclosure Statement, contact your school.

Item 9 on the front of this Disclosure Statement provides the following information about the amount of each loan that your school plans to disburse to you:

- **Gross Loan Amount** – This is the total amount of the loan that you are borrowing. You will be responsible for repaying this amount.

- **Loan Fee Amount** – This is the amount of the fee that we charge on your loan. It is based on a percentage of your Gross Loan Amount. The percentage is shown in item 8. The Loan Fee Amount will be subtracted from your Gross Loan Amount.

- **Interest Rebate Amount** – This is the amount of an up-front interest rebate that you may receive as part of a program to encourage the timely repayment of Direct Loans. If you receive a rebate, the Interest Rebate Amount will be added back after the Loan Fee Amount is subtracted.

  To keep an up-front interest rebate that you receive on your loan, you must make all of your first 12 required monthly payments on time (we must receive each payment no later than 6 days after the due date) when your loan enters repayment. You will lose the rebate if you do not make all of your first 12 required monthly payments on your loan account.  This will increase the amount that you must repay

- **Net Loan Amount** – This is the amount of your loan money that remains after the Loan Fee Amount is subtracted and the Interest Rebate Amount is added. The school will disburse the Net Loan Amount to you by crediting your student account, paying you directly, or both.

  Item 9 shows your school's plan for disbursing your Net Loan Amount to you. The actual disbursement dates and amounts may be different than the dates and amounts that are shown. Your school and the servicer will notify you of the actual disbursement dates and amounts.

Before your loan money is disbursed, you may cancel all or part of your loan(s) at any time by notifying the school.

After your loan money is disbursed, there are two ways to cancel all or part of your loan(s):

- Within 14 days after the date your school notifies you that it has credited loan money to your account, at the school or by the first day of the school's payment period, whichever is later (your school can tell you the first day of the payment period), you may tell your school that you want to cancel all or part of the loan money that was credited to your account. Your school will return the cancelled loan amount to us. You do not have to pay interest or the loan fee on the part of your loan(s) that you tell your school to cancel within this timeframe. If you received an up-front interest rebate on your loan(s), the rebate does not apply to the part of your loan(s) that you tell the school to cancel. Your loan(s) will be adjusted to eliminate any interest, loan fee, and rebate amount that applies to the amount of the loan(s) that was cancelled.

  If you ask the school to cancel all or part of your loan(s) outside the timeframe described above, the school may process your cancellation request, but it is not required to do so.

- Within 120 days of the date the school disbursed your loan money (by crediting the loan money to your account at the school, by paying it to directly to you, or both), you may return all or part of your loan(s) to us. Contact the servicer for guidance on how and where to return within 120 days of the date that part of your loan is disbursed. If you received an up-front interest rebate on your loan(s), the rebate does not apply to the part of your loan(s) that you return. Your loan(s) will be adjusted to eliminate any interest, loan fee, and rebate amount that applies to the amount of the loan(s) that you return.

**Important disclosure(s)**

*Servicing of federal student loans*
Your federal student loans referenced in this letter are owned by the U.S. Department of Education. The terms of the federal student loan programs are not determined by Navient, they are established by federal law, in particular by the Higher Education Act of 1965, as amended, and U.S. Department of Education regulations. Among other things, the law and regulations set borrowing limits, interest rates, eligibility for subsidies, repayment plans, capitalization of interest, and loan forgiveness. As your loan servicer, Navient is required to administer your loans on behalf of the U.S. Department of Education in accordance with the law.



**NAVIENT** | Department of Education Loan Servicing

PO BOX 9635
WILKES-BARRE, PA 18773-9635

LINNETTE M CONDE REYES
2502 BOBBY LEE LN
SAINT CLOUD FL 34772-8263

## LINNETTE, your forbearance dates have been adjusted.

We recently provided you with beginning and ending dates for your forbearance on the student loans listed below, however, we received new information and the dates of your forbearance have been adjusted to reflect the most up to date information.

Your forbearance officially began/begins on 05/27/18 and ended/ends on 07/17/18.

What you need to know
Forbearance temporarily postpones payments on your loans listed below.

Forbearance does not remove the accurate reporting of previous delinquencies, if any, to the consumer reporting agencies. If you have other delinquent federal loans serviced by Navient, forbearance will be applied to all eligible federal loans and you'll receive notification of the forbearance.

If this is a Voluntary Forbearance, borrower benefits may be impacted. You can see if your forbearance is a Voluntary Forbearance by going to your online account.

You're responsible for the interest that accrues during the forbearance period. This interest was or will be capitalized at the end of your forbearance. Capitalization¹ is unpaid accrued interest added to the principal balance of a loan.

To assist you, enclosed are some examples that show how capitalization of interest can impact loan principal and the total interest paid over the life of a loan. You can also monitor and pay the accrued interest online by creating or logging in to your account at Navient.com

What you can do
If your loans are still in forbearance, you may make payments during the forbearance or request that the forbearance period be shortened or canceled at any time. To do so, you can call our toll-free number or write to us at the address above. You may also email us through your Navient.com account.

We encourage you to pay the interest as it accrues. If unpaid, once your forbearance expires your loan will be accruing interest on a higher principal balance. Your payment schedule will be sent to you shortly before you're required to begin repaying your loans. Please let us know if anything changes that could affect your status.

We're here to help
We want to help you manage your account in a way that's convenient for you. If you have any questions, visit us online or give us a call.

Continued on reverse

Account number

Date
07/19/18

Manage your account online
Navient.com

Contact us
800-722-1300

Monday – Thursday,
8 a.m. – 9 p.m.
Friday, 8 a.m. – 8 p.m. Eastern

Save money with Auto Pay. You may be able to earn an interest rate reduction by enrolling in Auto Pay. To enroll, log in to Navient.com and change your payment settings. Check your online account for benefit eligibility.

Para comunicarse en Español con 'Atención al Cliente', llame gratis al (800) 722-1300, y marque el numero correspondiente.

15670197*

F046          E16517          ED          4880          *15670197*

Important disclosure(s)

Payment due date change
Unless you request a specific date, your payment due date may be adjusted to allow sufficient time for your loan(s) to re-enter repayment after your forbearance expires.

Auto Pay suspension during forbearance
If you are receiving an interest rate reduction for using Auto Pay, the rate reduction will be suspended during your forbearance.

Servicing of federal student loans
Your federal student loans referenced in this letter are owned by the U.S. Department of Education. The terms of the federal student loan programs are not determined by Navient, they are established by federal law, in particular by the Higher Education Act of 1965, as amended, and U.S. Department of Education regulations. Among other things, the law and regulations set borrowing limits, interest rates, eligibility for subsidies, repayment plans, capitalization of interest, and loan forgiveness. As your loan servicer, Navient is required to administer your loans on behalf of the U.S. Department of Education in accordance with the law.

Capitalization of interest
[1]Unpaid interest may be capitalized (added to your principal balance) at the end of the grace period, at the end of a period of deferment or forbearance, when the loan enters repayment, and upon certain conditions while enrolled in an income-driven repayment (IDR) plan. Please see your Promissory Note for additional details. Capitalization increases both the principal balance and total loan cost.

Loan Information  The loans listed below are the loans referred to in this letter.  If you have questions or concerns about your account, write to us at the address provided above.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|-----------|---------------------|----------------------|---------------|--------------|
| 11/17/14 | $ 4,958.00 | $ 3,834.57 | 7.210 | DLPLUS |

 **Department of Education**
Loan Servicing

 **U.S. Department of Education**
Information about your federal student loan

PO BOX 9635
WILKES-BARRE, PA 18773-9635

(800) 722-1300

LINNETTE M CONDE REYES
2502 BOBBY LEE LN
SAINT CLOUD FL 34772-8263

Account Number: ▇▇▇▇▇▇

## Example of Interest Calculations

The chart below provides estimates for a loan with a 6% interest rate, a $30,000 balance, and no unpaid accrued interest of the monthly payments due following a 12-month deferment or forbearance.

As you can see in the example below, paying interest during this period of deferment or forbearance lowers the monthly payment by about $21/month or about $653 over the lifetime of the loan!

Keep in mind, the actual impact for your loan(s) may vary based on factors such as loan program, interest rate, amount owed at the time you enter deferment or forbearance, the length of your deferment or forbearance, the repayment period, the frequency of capitalization, your future repayment pattern and whether interest accruing during deferment is payable by the federal government.

| Treatment of Interest Accrued During Deferment or Forbearance Status | Loan Amount | Capitalized Interest for 12 months | Principal to be Repaid | Monthly Payment | Number of Payments | Total Amount Repaid | Total Interest Paid |
|---|---|---|---|---|---|---|---|
| Interest is paid | $30,000.00 | $0.00 | $30,000.00 | $333.00 | 120 | $41,767.00* | $11,767.00 |
| Interest is capitalized at the end of status | $30,000.00 | $1,800.00 | $31,800.00 | $353.00 | 120 | $42,365.00 | $12,365.00 |
| Interest is capitalized quarterly during status and at the end of status | $30,000.00 | $1,841.00 | $31,841.00 | $354.00 | 120 | $42,420.00 | $12,420.00 |

*Total amount repaid includes interest paid during the 12-month period of deferment or forbearance.

15670196*

*▇▇▇▇▇▇▇15670196*

K119        E16517        ED        4880

# Knowing your federal repayment options

 **NAVIENT.** | Department of Education Loan Servicing

**If staying on track with your federal student loans becomes difficult, changing your repayment plan can make a big difference.**

**Here's a quick summary of ways to reduce or postpone your monthly payments. To learn more and find out if your loans qualify, visit us online or give us a call.**

If you'd like to change your monthly payment amount

| Repayment options | Keep in mind |
|---|---|
| **Standard:** You pay the same amount every month (up to 10 years).<br>> This is your current plan. | This is the most efficient way to pay down your principal and interest. |
| **Graduated:** You pay less at first, then more over time (up to 10 years). | This is a good option if you need lower payments now but can pay more in the future. However, you'll pay more in interest over time. |
| **Extended:** You pay less every month, but you pay over a longer period of time (up to 25 years). | Because the payment period is longer, you'll pay more interest over time with this option. This plan is only available if your qualifying loan balance is more than $30,000. |
| **Income – Driven:** We reduce your monthly payments for 12 months at a time based on your income and other factors. (Examples include Income-Based Repayment and Pay as You Earn plans.) | Since your income can change, you need to reapply to Income-Driven plans every year. These plans usually extend your repayment period, so you'll pay more interest over time. You may also qualify for loan forgiveness after 20 or 25 years. Your payment can be as low as $0 per month with qualifying income and loans. |

If you need to postpone monthly payments

| Options | Keep in mind |
|---|---|
| **Temporary deferment:** We can postpone your payments if you're in school, in the military, unemployed or experiencing economic hardship. | During deferment, interest won't accrue on subsidized loans, but it will still accrue on unsubsidized loans. |
| **Forbearance:** If you don't qualify for deferment, we may still be able to temporarily postpone or reduce your payments. | During forbearance, interest on all loans will continue to accrue, so you'll pay more interest overall. |

Continued on reverse

Para comunicarse en Español con 'Atención al Cliente', llame gratis al (800) 722-1300, y marque el numero correspondiente.

K305          E16517          ED          4880          *05

**If you'd like to consolidate loans**

You may also be able to combine your federal loans into a single monthly payment with a single interest rate.  To learn more and apply for consolidation, visit the US Department of Education at StudentLoans.gov.

**We're here to help**

We want to help you find the option that fits your situation best.  Making payments on time is always the best way to stay on track with your goals and build your credit, but when that's not possible, changing your repayment plan is much better than missing a payment.

If you have any questions, visit us online or give us a call.



**Department of Education**
**Loan Servicing**

PO BOX 9635
WILKES-BARRE, PA 18773-9635

LINNETTE M CONDE REYES
2502 BOBBY LEE LN
SAINT CLOUD FL 34772-8263

## LINNETTE, we received important information regarding your loan forgiveness request.

The U.S. Department of Education (ED) has notified us to process a 12-month administrative forbearance on your loans listed below. This forbearance, which also covers any past due amounts on your loans, will allow time for ED to review your loan forgiveness request under the borrower defense to repayment provision.

We have processed an administrative forbearance on the loans listed below from 7/18/2018 through 7/17/2028 .

**What you need to know**
During your administrative forbearance, no payments will be due. However, interest will continue to accrue. Interest that accrues during this period will not be capitalized (added to your principal balance) at the end of the forbearance, but you will still be responsible for it. At any time during the forbearance period, you may voluntarily make payments.

You can monitor and pay the accrued interest or request to have the forbearance shortened or canceled at any time.

*If you have other federal or private education loans,* please continue to make your regularly scheduled payments.

**What to expect next**
We'll contact you once we receive an update from ED on your loan forgiveness request.

If your loans are in the administrative forbearance and ED determines your loans are not eligible for forgiveness, the forbearance will end and you will be required to resume repayment in accordance with the terms of your Promissory Notes. At that time, you'll receive an updated payment schedule.

**Borrower defense to repayment questions**
We are unable to assist you with borrower defense to repayment questions. Please call the ED borrower defense hotline at 855-279-6207. Their representatives are available to assist you with these questions Monday – Friday from 8:00 a.m. to 8:00 p.m., ET.

**We're here to help**
We want to help you manage your account in a way that's convenient for you. If you have any questions about your account or your options, visit us online or give us a call.

---

**Account number**

**Date**
07/19/18

---

**Manage your account online**
Navient.com

**Payment address**
P.O. Box 740351
Atlanta, GA 30374-0351

**Phone number**
800-722-1300

Monday – Thursday,
8 a.m. – 9 p.m.
Friday, 8 a.m. – 8 p.m. Eastern

---

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al (800) 722-1300, y marque el numero correspondiente.



L237        E16517        ED        4880



**Important disclosure(s)**

*Servicing of federal student loans*
Your federal student loans referenced in this letter are owned by the U.S. Department of Education. The terms of the federal student loan programs are not determined by Navient, they are established by federal law, in particular by the Higher Education Act of 1965, as amended, and U.S. Department of Education regulations. Among other things, the law and regulations set borrowing limits, interest rates, eligibility for subsidies, repayment plans, capitalization of interest, and loan forgiveness. As your loan servicer, Navient is required to administer your loans on behalf of the U.S. Department of Education in accordance with the law.

## LOAN INFORMATION

| LOAN PROGRAM | LOAN DATE | LOAN STATUS | INTEREST RATE | REPAYMENT BEGIN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | MONTHLY PAYMENT AMOUNT |
|---|---|---|---|---|---|---|---|
| DLPLUS | 11/17/14 | AWAITING FORN | 7.210 | 11/17/14 | $ 4,958.00 | $ 3,788.21 | $ 60.16 |

Filing # 108449715 E-Filed 06/05/2020 12:19:27 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

I.      **CASE STYLE**

IN THE CIRCUIT COURT OF THE EIGHTEENTH   JUDICIAL CIRCUIT,
IN AND FOR SEMINOLE   COUNTY, FLORIDA

Case No.: 2020-CC-001296-20-S
Judge: _____

Solimar Echevarria, Linnette M Conde
 Plaintiff
        vs.

NAVIENT is a Virginia Limited Liability Company, INSTITUTE OF TECHNICAL ARTS, LLC
Defendant

---

II.     **AMOUNT OF CLAIM**
        Please indicate the estimated amount of the claim rounded to the nearest dollar $15,000

III.    **TYPE OF CASE**     (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

| | |
|---|---|
| ☐ Condominium | ☐ Malpractice – other professional |
| ☐ Contracts and indebtedness | ☐ Other |
| ☐ Eminent domain | ☐ Antitrust/Trade Regulation |
| ☐ Auto negligence | ☐ Business Transaction |
| ☐ Negligence – other | ☐ Circuit Civil - Not Applicable |
| ☐ Business governance | ☐ Constitutional challenge-statute or ordinance |
| ☐ Business torts | ☐ Constitutional challenge-proposed amendment |
| ☐ Environmental/Toxic tort | ☐ Corporate Trusts |
| ☐ Third party indemnification | ☐ Discrimination-employment or other |
| ☐ Construction defect | ☐ Insurance claims |
| ☐ Mass tort | ☐ Intellectual property |
| ☐ Negligent security | ☐ Libel/Slander |
| ☐ Nursing home negligence | ☐ Shareholder derivative action |
| ☐ Premises liability – commercial | ☐ Securities litigation |
| ☐ Premises liability – residential | ☐ Trade secrets |
| ☐ Products liability | ☐ Trust litigation |
| ☐ Real Property/Mortgage foreclosure | |
| ☐ Commercial foreclosure | ☒ County Civil |
| ☐ Homestead residential foreclosure | ☐ Small Claims up to $8,000 |
| ☐ Non-homestead residential foreclosure | ☒ Civil |
| ☐ Other real property actions | ☐ Replevins |
| ☐ Professional malpractice | ☐ Evictions |
| ☐ Malpractice – business | ☐ Other civil (non-monetary) |
| ☐ Malpractice – medical | |

---

*** E-FILED:  GRANT MALOY, CLERK OF CIRCUIT COURT SEMINOLE COUNTY, FL 06/05/2020 12:19:25 PM.****

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**     **REMEDIES SOUGHT** (check all that apply):
☒  Monetary;
☐  Non-monetary declaratory or injunctive relief;
☐  Punitive

**V.**      **NUMBER OF CAUSES OF ACTION:**
(Specify)

2

**VI.**     **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐  Yes
☒  No

**VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒  No
☐  Yes – If "yes" list all related cases by name, case number and court:

**VIII.**   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒  Yes
☐  No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:   s/ Kevin C Maxwell
                     Attorney or party
FL Bar No.:  604976
                     (Bar number, if attorney)
                     Kevin C Maxwell
                     (Type or print name)
    Date:  06/05/2020

Filing # 108449715 E-Filed 06/05/2020 12:19:27 PM

## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
## IN AND FOR SEMINOLE COUNTY, FLORIDA

SOLIMAR ECHEVARRIA, an individual,
and LINNETTE M. CONDE REYES, an
individual,

      Plaintiffs,

                             CASE NO.: 2020-CC-001296-20-S

v.

NAVIENT SOLUTIONS, LLC, a Virginia
Limited Liability Company, and
INSTITUTE OF TECHNICAL ARTS, LLC,
a Florida Limited Liability Company,

      Defendants.
_____/

## SUMMONS
## ORDEN DE COMPARECENCIA
## CITATION

TO/PARA/A:   **NAVIENT SOLUTIONS, LLC, a Virginia Limited Liability Company**
                  **3865 Sunrise Valley Dr., Suite 110,**
                  **Herndon, Virginia, 20171**

## IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to
file a written response to the attached complaint/petition with the clerk of this circuit court, located at:
**Seminole County Clerk of Court, 301 N. Park Ave., Sanford, FL 32771.**

A phone call will not protect you.  Your written response, including the case number given above and the
names of the parties, must be filed if you want the Court to hear your side of the case.
If you do not file your written response on time, you may lose the case, and your wages, money, and
property may be taken thereafter without further warning from the Court.  There are other legal
requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call
an attorney referral service or a legal aid office (listed in the phone book).
If you choose to file a written response yourself, at the same time you file your written response to the
Court, you must also serve a copy of your written response on the party serving this summons at:
**Kevin C. Maxwell, Esquire, 733 W. Colonial Drive, Orlando, FL 32804.**

If the party serving summons has designated e-mail address(es) for service or is represented by an attorney,
you may designate e-mail address(es) for service by or on you.  Service must be in accordance with Florida
Rule of Judicial Administration 2.516.

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office.  You may review these documents, upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address.  (You may file Designation of Current Mailing and E-mail Address, Florida Supreme Court Approved Family Law Form 12.915.)  Future papers in this lawsuit will be served at the address on record at the clerk's office.

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Localizado en: **Seminole County Clerk of Court, 301 N. Park Ave., Sanford, FL 32771.** Una llamada telefónica no lo protegerá.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, usted puede consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.  Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparecencia a:

Nombre y dirección de la parte que entrega la orden de comparecencia:

**Kevin C. Maxwell, Esquire, 733 W. Colonial Drive, Orlando, FL 32804.**

Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, están disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office].  Estos documentos pueden ser revisados a su solicitud.

Usted debe de mantener informada a la oficina del Secretario de Juzgado del Circuito de su dirección actual.  (Usted puede presentar la Designación de correo actual y dirección de correo electrónico del Formulario: Ley de Familia de la Florida 12.915, Florida Supreme Court Approved Family Law Form 12.915, Designation of Current Mailing and E-mail Address.)  Los papeleos que se presenten en el futuro en esta demanda judicial serán enviados por correo a la dirección que este registrada en la oficina del Secretario.

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: **Seminole County Clerk of Court, 301 N. Park Ave., Sanford, FL 32771.** Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

Nom et adresse de la partie qui depose cette citation:

**Kevin C. Maxwell, Esquire, 733 W. Colonial Drive, Orlando, FL 32804.**

Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier.  Vous pouvez revue ces documents, sur demande.

Il faut aviser le greffier de votre adresse actuelle.  (Vous pouvez deposer Florida Supreme Court Approved Family Law Form 12.915, Designation of Current Mailing and E-mail Address.)  Les documents de l'avenir de ce proces seront envoyer a l'adresse que vous donnez au bureau du greffier.

**THE STATE OF FLORIDA**

**TO EACH SHERIFF OF THE STATE:**  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED:  June 08, 2020

(SEAL)

Grant Maloy
CLERK OF THE CIRCUIT COURT
And Comptroller

By: _Michele Alexander_

Deputy Clerk

If you are a person who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact COURT ADMINISTRATION, at 301 N. Park Ave., Sanford, FL 32771, telephone (407) 665-4211 within two (2) working days of your receipt of this notice.

Filing # 108449715 E-Filed 06/05/2020 12:19:27 PM

## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
## IN AND FOR SEMINOLE COUNTY, FLORIDA

**SOLIMAR ECHEVARRIA, an individual,**
**and LINNETTE M. CONDE REYES, an**
**individual,**

      **Plaintiffs,**

**v.**

**NAVIENT SOLUTIONS, LLC, a Virginia**
**Limited Liability Company, and**
**INSTITUTE OF TECHNICAL ARTS, LLC,**
**a Florida Limited Liability Company,**

      **Defendants.**

_____/

**CASE NO.:**  2020-CC-001296-20-S

## SUMMONS
## ORDEN DE COMPARECENCIA
## CITATION

TO/PARA/A:  **INSTITUTE OF TECHNICAL ARTS, LLC**
                   Via its Registered Agent:
                   LUNDBERG, LAURA
                   1324 Tall Maple Loop
                   Oviedo, FL 32765

## IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at: **Seminole County Clerk of Court, 301 N. Park Ave., Sanford, FL 32771.**

A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case.
If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).
If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at: **Kevin C. Maxwell, Esquire, 733 W. Colonial Drive, Orlando, FL 32804.**

If the party serving summons has designated e-mail address(es) for service or is represented by an attorney, you may designate e-mail address(es) for service by or on you.  Service must be in accordance with Florida Rule of Judicial Administration 2.516.

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office.  You may review these documents, upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address.  (You may file Designation of Current Mailing and E-mail Address, Florida Supreme Court Approved Family Law Form 12.915.)  Future papers in this lawsuit will be served at the address on record at the clerk's office.

# IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: **Seminole County Clerk of Court, 301 N. Park Ave., Sanford, FL 32771.** Una llamada telefónica no lo protegerá.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, usted puede consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo. Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparecencia a:

Nombre y dirección de la parte que entrega la orden de comparecencia:

**Kevin C. Maxwell, Esquire, 733 W. Colonial Drive, Orlando, FL 32804.**

Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, están disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office].  Estos documentos pueden ser revisados a su solicitud.

Usted debe de mantener informada a la oficina del Secretario de Juzgado del Circuito de su dirección actual. (Usted puede presentar la Designación de correo actual y dirección de correo electrónico del Formulario: Ley de Familia de la Florida 12.915, Florida Supreme Court Approved Family Law Form 12.915, Designation of Current Mailing and E-mail Address.)  Los papeleos que se presenten en el futuro en esta demanda judicial serán enviados por correo a la dirección que este registrada en la oficina del Secretario.

# IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: **Seminole County Clerk of Court, 301 N. Park Ave., Sanford, FL 32771.** Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

Nom et adresse de la partie qui depose cette citation:

**Kevin C. Maxwell, Esquire, 733 W. Colonial Drive, Orlando, FL 32804.**

Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier.  Vous pouvez revue ces documents, sur demande.

Il faut aviser le greffier de votre adresse actuelle.  (Vous pouvez deposer Florida Supreme Court Approved Family Law Form 12.915, Designation of Current Mailing and E-mail Address.) Les documents de l'avenir de ce proces seront envoyer a l'adresse que vous donnez au bureau du greffier.

**THE STATE OF FLORIDA**

**TO EACH SHERIFF OF THE STATE:**  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: ___June 08, 2020___

<div style="text-align:center">

Grant Maloy
CLERK OF THE CIRCUIT COURT
And Comptroller

</div>

(SEAL)

By: ___Michele Alexander___

Deputy Clerk

If you are a person who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact COURT ADMINISTRATION, at 301 N. Park Ave., Sanford, FL 32771, telephone (407) 665-4211 within two (2) working days of your receipt of this notice.

Filing # 110503469 E-Filed 07/20/2020 04:11:28 PM

**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,**
**IN AND FOR SEMINOLE COUNTY, FLORIDA**

**SOLIMAR ECHEVARRIA, an individual,**
**and LINNETTE M. CONDE REYES, an**
**individual,**

      **Plaintiffs,**                      **CASE NO.:2020-CC-001296-20-S**

**v.**

**NAVIENT SOLUTIONS, LLC, a Virginia**
**Limited Liability Company, FLORIDA**
**DEPARTMENT OF EDUCUTION, a Florida**
**State Agency, and INSTITUTE OF**
**TECHNICAL ARTS, LLC, a Florida Limited**
**Liability Company,**

      **Defendant.**
_____/

## NOTICE OF UNAVAILABILITY

    **COMES NOW**, the undersigned counsel in the above-styled cause and files this Notice

of Unavailability and states as follows:

    1.  That the undersigned counsel will be unavailable to attend any trial, hearing, deposition,

or any other matter scheduled during the time period of September 21, 2020 to October 9, 2020.

    2.  That there is no other attorney who would be in a position to attend any matter in the

undersigned counsel's absence.

    3.  That Opposing Counsel is hereby given notice that the undersigned objects to any matter

scheduled in this case for the period set forth in paragraph one (1) and hereby requests a

continuance if any matter is so scheduled during said time period.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** a true and accurate copy of THIS DOCUMENT WAS SERVED VIA THE Florida E-Filing portal to all parties so registered for service on this _20_ day of July, 2020.

**KEVIN C. MAXWELL, ESQUIRE**
FL Bar # 0604976
733 West Colonial Drive
Orlando, Florida 32804
407-480-2179
407-849-2951 fax
kevinmaxwellpl@gmail.com
**Attorney for Plaintiffs**