**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SOLIMAR ECHEVARRIA and**
**LINNETTE M. CONDE REYES,**

    *Plaintiffs*,

v.                                  Case No. 6:20-cv-1406-PGB-DCI

**NAVIENT SOLUTIONS, LLC, and**
**INSTITUTE OF TECHNICAL**
**ARTS, LLC,**

    *Defendants*.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__  IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: August 20, 2020

                                             */s/ Aliza Malouf*
                                             Aliza Malouf
                                             Florida Bar No. 1010546
                                             HUNTON ANDREWS KURTH LLP
                                             1445 Ross Avenue, Suite 3700
                                             Dallas, TX 75202
                                             Telephone: (214) 979-8229
                                             Facsimile: (214) 740-7157
                                             Email: amalouf@huntonAK.com

                                             *Counsel for Defendant Navient Solutions, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 20, 2020, the foregoing document was electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                             */s/ Aliza Malouf*
                                             Aliza Malouf